RECEIVED
JAN 26 2006
U.S. ATTORNEY
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROSEZOLA SELLERS,

Plaintiff,

V.

C.A. No. 05-381S

UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,

Defendants.

RECEIVED
JAN 27 2006
Property of U.S. District Court
District of Rhode Island

## STIPULATION

Defendant United States of America shall not answer the complaint, but shall have up to and including 60 days, from the date the amended complaint is served on defendant, to answer or otherwise respond to the amended complaint.

PATRICIA ANDREWS, ESQ.
Attorney for Plaintiff
170 Westminster Street
Providence, RI 02903
(401) 421-0066

ROBIN E. FEDER
Assistant United States Attorney
Attorney for Defendant
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

DATED: 1/26/06