**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-381S** |
| | : | |
| **UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO AMEND THE PRE-TRIAL ORDER**

In support of their motion to amend the pre-trial order, the parties assert the following: The pre-trial order entered by the Court in this case stayed discovery while the parties entertained settlement negotiations. The original settlement conference was scheduled for June 7, 2006, with Magistrate Judge Lovegreen. However, defense counsel's younger daughter underwent emergency surgery in June and was not available to participate. The next available date for the settlement conference was September 19, 2006, and the conference is still scheduled for that date. In the interim, the parties have nonetheless endeavored to resolve the matter on their own. Those efforts included the exploration of other job opportunities that might be available for plaintiff within the Federal government. Unfortunately, despite best efforts to resolve the matter, the parties, to date, have not been successful.

As the parties have spent their time working toward a resolution, rather than on discovery, they jointly seek to amend the pre-trial order to set new discovery closure and related dates. The parties are cooperating and have discussed the nature and extent of discovery to be accomplished. The parties agree that based upon the contemplated discovery and various

accommodations for the schedules of each party, they expect to complete discovery by March 1, 2007; dispositive motions by April 1, 2007 and pre-trial memoranda within 30 days of a decision on the dispositive motion (or within 30 days of the close of discovery if no dispositive motion is filed).

WHEREFORE, the parties respectfully request this Honorable Court to amend the pre-trial order as set out above.

Plaintiff,
By Her Attorney

**/s/ Patricia Andrews**
PATRICIA ANDREWS, ESQ.
170 Westminster Street
Suite 601
Providence, RI 02903
401- 421-0966
401-351-4802 (fax)
peandrews@verizon.net

ROBERT CLARK CORRENTE
United States Attorney

**/s/ Robin E. Feder**
ROBIN E. FEDER, #3415
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
robin.feder@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 19th day of September, 2006, I caused the within document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Patricia Andrews, Esq.
170 Westminster, Suite 601
Providence, RI 02903

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant U.S. Attorney