UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROSEZOLA SELLERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,<br><br>Defendants. | C.A. No. 05-381S |

MOTION FOR ORDER COMPELLING
ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS

Now come the defendants, the United States Department of Defense and Secretary of the United States Department of Defense, Donald Rumsfeld, by and through their attorneys, pursuant to FED.R.CIV.P. 37(a), and move for an order to compel the plaintiff, Rosezola Sellers, to answer the Defendants' First Set of Interrogatories Addressed to Plaintiff (Exhibit A) and defendants' Request for Production of Documents Addressed to Plaintiff (Exhibit B), both of which were mailed to plaintiff's counsel on September 18, 2006, and to which no response has been received.

The plaintiff certifies that in accordance with FED.R.CIV.P. 37(a)(2)(A) an attempt was made to confer with plaintiff's counsel to secure compliance (Exhibit C) and no response has been received.

Respectfully submitted,

UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,
Defendants

By their attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, Bar #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401)709-5000
(401)709-5017 FAX
Email: michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2006, I electronically filed the within Motion for Order Compelling Answers to Interrogatories and the Production of Documents with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Patricia Andrews, Esq.
170 Westminster Street
Suite 601
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov