UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSEZOLA SELLERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,<br><br>Defendants. | ) | C.A. No. 05-381S |

CERTIFICATION

I, Michael P. Iannotti, Assistant U.S. Attorney, hereby certify that an attempt was made on or about November 30, 2006, to telephonically confer with plaintiff's counsel, Patricia Andrews, in an effort to secure compliance with the defendants' First Set of Interrogatories Addressed to Plaintiff and defendants' Request for Production of Documents Addressed to Plaintiff and that no response has been received. Previously, Assistant U.S. Attorney Robin E. Feder had allowed plaintiff an extension of time until November 18, 2006, to respond to defendants' discovery requests.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT C