**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ROSEZOLA SELLERS,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,**<br>**Defendant.** | **C.A. No. 05-318S** |

**ASSENTED TO MOTION TO EXTEND DISCOVERY PERIOD**

Now comes the Plaintiff, Rosezola Sellers ("Plaintiff"), and hereby moves for an extension of time within which to complete discovery. In support of this motion, the Plaintiff states that the discovery period is presently scheduled to close on March 1, 2007. For several reasons, Plaintiff's counsel has been unable to finish discovery. For example, Plaintiffs' counsel had family illnesses in the month of December. In addition, it now appears that Plaintiff will be required to take more depositions than originally anticipated.

Accordingly, Plaintiff requests an additional month, up to and including, Monday, April 2, 2007. As a result, the new date for dispositive motions would be May 1, 2007 and pre-trial memoranda within 30 days of a decision on the dispositive motion (or within 30 days of the close of discovery if no dispositive motion is filed). Plaintiff's counsel has conferred with Defense counsel who has no objection to this request for additional time.

Plaintiff,
By her Attorney,

/s/ Patricia E. Andrews

______________________________

Patricia E. Andrews, #4321
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATION**

The undersigned hereby certifies that this document has been filed electronically on this 22nd day of January 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Michael Iannotti, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)

/s/ Patricia E. Andrews

______________________________