UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSEZOLA SELLERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants. | ) | C.A. No. 05-381S |

MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Now come the defendants, the United States Department of Defense and the Secretary of the United States Department of Defense, by and through their attorneys, and request that the Court amend the Pretrial Order to allow discovery to continue until August 15, 2007 for the following reasons:

This action was commenced with the filing of a complaint on November 28, 2005. An amended complaint was filed on January 25, 2006. Until mid-November 2006, the defendants were represented by Assistant U.S. Attorney Robin E. Feder who left the U.S. Attorney's Office at that time to become an Immigration Judge. The undersigned was assigned to represent the defendants in this matter, and on November 30, 2006, entered his appearance.

On December 28, 2006, this court granted the defendants' motion to compel responses to their interrogatories and document requests. Discovery was produced by the plaintiff on February 21, 2007. At that time it was determined that the documents that are relevant to this matter number more than 3,000. In an

attempt to meet the currently established deadlines and to prepare for the plaintiff's depositions, the undersigned counsel for the defendants began reviewing all of the material accumulated to date in this matter and, as a result, has determined that several issues may warrant further inquiry.

On February 20, 2007, the plaintiff served Interrogatories and a Request for Production of Documents on the defendants. Responses to these discovery requests are due to be served by March 22, 2007.

On March 5, 2007, the plaintiff began taking depositions. Thus far, eight depositions have been scheduled through April 2, 2007. Although three depositions were started on March 5th, March 7th, and March 9th, and all three lasted for a full day, only one deposition was completed[1]. As a result of the depositions that have been taken, a number of additional potential witnesses have been discovered, opening up the possibility of more depositions to be scheduled. Two of the individuals that the plaintiff seeks to depose no longer reside in the New England area and they will be required to travel to Rhode Island. Once the plaintiff's depositions are completed, the defendant will depose the plaintiff. The current deposition schedule will necessitate the taking of the plaintiff's deposition after the discovery closure date of April 2, 2007.

The undersigned counsel for the defendants has approximately 70 cases pending in this court (including the United States

[1] Each deponent testified for approximately 5 ½ hours.

Bankruptcy Court). He is also responsible for a pending major national and international investigation involving the forfeiture of substantial assets. When this caseload is added to the discovery requirements for the within case, including the initial document review, the documents yet to be produced and reviewed, as well as the need by both sides to conduct depositions, compliance with the present discovery schedule is impossible.

CONCLUSION

For the foregoing reasons, the defendants respectfully request that the discovery deadline in this matter be extended until August 15, 2007. Further, the defendants request that the Pretrial Order provide that dispositive motions be filed by September 15, 2007, and that the Pretrial Memorandum be due on October 15, 2007.

Respectfully submitted,

UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, ROBERT GATES,
Defendants

By their attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, Bar #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401)709-5000
(401)709-5017 FAX
Email: michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2007, I electronically filed the within MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov