AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Rosezola Sellers v. United States Dept. of Defense and Secretary of Defense Donald Rumsfeld

SUBPOENA IN A CIVIL CASE

Case Number:[1] 05-381S

TO: Union AFGE Local 190
c/o Naval Health Clinic N.E. (Naval Hospital)
43 Smith Road
Newport, RI

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE EXHIBIT A ATTACHED HERETO

| PLACE | DATE AND TIME |
|---|---|
| Patricia Andrews, Esq. (401) 421-0966<br>129 Dyer St., Providence, RI 02903 | 9:00 a.m.<br>March 28, 2007 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Patricia Andrews, Esq. (401) 421-0966
129 Dyer St., Providence, RI 02903

SUPERIOR COURT FILE MARK VOID

SUPERIOR COURT FILED CLERK DATE 07 MAR 19 AM 10:05

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

4100 # 7753

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 3/15/07 | 43 South Rd. Newport |

SERVED ON (PRINT NAME): AFGE Local 190

MANNER OF SERVICE:

SERVED BY (PRINT NAME): Thomas Noury, 41 N. Elmore Ave., P.O. Box 114026, North Providence, RI 02911

TITLE: President Local 190

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3/15/07
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER: Thomas Noury, 41 N. Elmore Ave., P.O. Box 114026, North Providence, RI 02911

FILED

2007 MAR 28 A 9 31

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND