UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSEZOLA SELLERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-381S |
| UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Louise A. Herman, Esquire, hereby enters her appearance on behalf of the Plaintiff in the above-captioned case.

Louise A. Herman (#6450)
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 (fax)

**CERTIFICATION**

**TO:**

United States District Court
for the District of Rhode Island
Civil Clerk's Office
One Dorrance Plaza
Providence, RI 02903

Ly Nguyen, Esquire
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, RI 02903

I hereby certify that a true copy of the within document was sent by first class mail to the above this the ~~18~~th 25 day of July, 2007.

[signature]