**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF DEFENSE AND ROBERT M. GATES, SECRETARY OF THE DEPARTMENT OF DEFENSE,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C. A. No. 05-381S** |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF MEDICAL RELEASES**

______Defendants, United States Department of Defense and Robert M. Gates, Secretary of the Department of Defense, pursuant to Fed. R. Civ. P. 37(a), move for an order compelling Plaintiff, Rosezola Sellers, to produce within five days, the signed Authorizations to Release Medical Records for each of her treating physicians that were originally requested on June 15, 2007. Ex. A.

On June 15, 2007, the undersigned mailed to Plaintiff's counsel, by certified mail, a letter and five copies of an Authorization to Release Medical Records in the above-referenced case, asking that Ms. Sellers return them to me no later than June 25, 2007. Ex. A. Discovery in this case is set to close on August 15, 2007. On June 26, 2007, the undersigned e-mailed Plaintiff's counsel regarding the status of those releases. Ex. B. Plaintiff's counsel responded that same day indicating that, "[I] will address the authorizations tomorrow." Ex. B. Nonetheless, Plaintiff's counsel failed to provide them, or otherwise respond, on June 27, 2007. Ex. C.

On July 25, 2007, the undersigned asked Plaintiff's counsel at the close of Mary Gibson's deposition whether or not she would be providing the signed medical releases. Ex. C. Plaintiff's counsel refused to answer. Ex. C. On July 27, 2007, the undersigned asked Plaintiff's counsel

again at the deposition of John Blythe whether or not Plaintiff's counsel would be providing the medical releases. Ex. C. At that time, Ms. Sellers was present at the deposition and could have easily signed the medical releases. Ex. C. The undersigned provided additional copies of the medical releases to Plaintiff's counsel and Ms. Sellers at that time. Ex. C. However, Plaintiff's counsel responded that the medical releases would be addressed at the deposition this week. Ex. C.

By letter sent by fax to Plaintiff's counsel on July 30, 2007, the undersigned again requested the signed medical releases. Ex. C. On July 31, 2007, the undersigned asked Plaintiff's counsel three different times during breaks of Stephen Furtado's deposition whether Plaintiff would be providing the medical releases. Again, Ms. Sellers was present at the deposition and could have easily signed the medical releases. Plaintiff's counsel responded that she would provide the medical releases before the deposition concluded. Notably, at the close of Stephen Furtado's nine hour deposition, no medical releases were provided to the undersigned.

The signed Authorizations to Release Medical Records are necessary to obtain certified and complete medical records that have been made an issue in Ms. Sellers' discovery responses. In addition, they are necessary to enable Defendants to assess potential damages in this case. At no time has Plaintiff disputed their importance in this case.

As stated, discovery is presently scheduled to close on August 15, 2007.[1] Accordingly, Defendants request an order compelling production of the signed Authorizations to Release Medical Records for each of her treating physicians within five days.

---

[1] Defendants are also requesting additional releases pertaining to Rhode Island Department of Labor records, tax records, and U.S. Department of Labor records.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 1st day of August, 2007, I caused to be electronically filed the within Motion to Compel Production of Medical Releases, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email: ly.nguyen@usdoj.gov*