**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

June 15, 2007

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

Re: Rosezola Sellers v. United States Department of Defense, C.A. 05-381S

Dear Ms. Andrews:

Enclosed is an Authorization to Release Medical Records in the above-referenced case. Ms. Sellers should complete one form for each of her treating physicians. Please make sure to fill in the names and addresses of the treating physicians and return the original signed release in the enclosed stamped self-addressed envelope. From your discovery responses, it appears that Dr. Magera and Dr. Maher were two of Ms. Sellers' treating physicians. Therefore, please complete forms for Dr. Magera and Dr. Maher. If there are any other treating physicians, including any physician that treated Ms. Sellers' alleged stomach ulcer, please complete the additional forms for these physicians. Although Ms. Sellers stated in response to Interrogatory No. 16 that "his [Dr. Magera's] records from the Family MediCenter are being produced in response to your request for documents," no such documents have been received by the Defendants.

The medical records are relevant as they have been made an issue in Ms. Sellers' discovery responses. Moreover, they are necessary in enabling the Defendants to assess potential damages in the case. If I do not receive these releases by June 25, 2007, I will have to file a motion to compel as the Defendants do not want to be prejudiced by any delay as the discovery deadline is fast approaching.

Thank you for your attention to this matter.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Ly Nguyen

LY NGUYEN
Assistant U.S. Attorney

LN/slm
Enclosures

GOVERNMENT EXHIBIT
A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

RE: ROSEZOLA SELLERS

SSN: ____________________ DOB: ____________________ PHONE NO: __________________

TO: ____________________________

____________________________

____________________________

You are hereby authorized and requested to release to the United States Attorney's Office for the District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, a copy of any and all medical records or information relating to my evaluation, diagnosis, and/or treatment, including that concerning any mental health rehabilitation, including but not limited to: my entire medical record, abstract(s), consultations, EKG, doctors' and nurses' notes, discharge summary, history and physical exam(s), and laboratory reports, emergency department records, operative reports, radiology reports, discharge summary, pathology report(s), itemized bills, correspondence, patient information or questionnaires, and all outpatient records, including clinic notes.

This release has been authorized because such information is needed for litigation

pending in the United States District Court for the District of Rhode Island.

To the extent applicable, I understand that my medical record may contain information that is considered sensitive under law. I understand that ________________________________ **WILL** release such information about me if it exists including records containing information concerning, HIV/AIDS infection, mental health, sexually transmitted diseases; and treatment for alcohol and/or drug abuse.

I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release ______________________________, his/its employees and assigns from all liability arising from this disclosure of my health information.

I understand that I may revoke this authorization by notifying ___________________________, in writing. I understand that any previously disclosed information would not be subject to my revocation request.

A photocopy of this authorization shall be considered as effective and valid as the original. It is my understanding that this authorization will expire six (6) months after the date of the signature below.

| ____________________________ | ________________ | Rosezola Sellers |
|---|---|---|
| Signature of Patient | Date | Print Patient's Name |



3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

RE: ROSEZOLA SELLERS

SSN: ____________________ DOB: ____________________ PHONE NO: ____________________

TO: ____________________________

____________________________

____________________________

You are hereby authorized and requested to release to the United States Attorney's Office for the District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, a copy of any and all medical records or information relating to my evaluation, diagnosis, and/or treatment, including that concerning any mental health rehabilitation, including but not limited to: my entire medical record, abstract(s), consultations, EKG, doctors' and nurses' notes, discharge summary, history and physical exam(s), and laboratory reports, emergency department records, operative reports, radiology reports, discharge summary, pathology report(s), itemized bills, correspondence, patient information or questionnaires, and all outpatient records, including clinic notes.

This release has been authorized because such information is needed for litigation

pending in the United States District Court for the District of Rhode Island.

To the extent applicable, I understand that my medical record may contain information that is considered sensitive under law. I understand that ______________________ **WILL** release such information about me if it exists including records containing information concerning, HIV/AIDS infection, mental health, sexually transmitted diseases; and treatment for alcohol and/or drug abuse.

I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release ______________________, his/its employees and assigns from all liability arising from this disclosure of my health information.

I understand that I may revoke this authorization by notifying ______________________, in writing. I understand that any previously disclosed information would not be subject to my revocation request.

A photocopy of this authorization shall be considered as effective and valid as the original. It is my understanding that this authorization will expire six (6) months after the date of the signature below.

| | | |
|---|---|---|
| ______________________ | ______________ | Rosezola Sellers |
| Signature of Patient | Date | Print Patient's Name |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

RE: ROSEZOLA SELLERS

SSN: ____________________ DOB: ____________________ PHONE NO: ____________________

TO: ____________________________

____________________________

____________________________

You are hereby authorized and requested to release to the United States Attorney's Office for the District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, a copy of any and all medical records or information relating to my evaluation, diagnosis, and/or treatment, including that concerning any mental health rehabilitation, including but not limited to: my entire medical record, abstract(s), consultations, EKG, doctors' and nurses' notes, discharge summary, history and physical exam(s), and laboratory reports, emergency department records, operative reports, radiology reports, discharge summary, pathology report(s), itemized bills, correspondence, patient information or questionnaires, and all outpatient records, including clinic notes.

This release has been authorized because such information is needed for litigation

pending in the United States District Court for the District of Rhode Island.

To the extent applicable, I understand that my medical record may contain information that is considered sensitive under law. I understand that ________________________________ **WILL** release such information about me if it exists including records containing information concerning, HIV/AIDS infection, mental health, sexually transmitted diseases; and treatment for alcohol and/or drug abuse.

I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release ________________________________, his/its employees and assigns from all liability arising from this disclosure of my health information.

I understand that I may revoke this authorization by notifying ____________________________, in writing. I understand that any previously disclosed information would not be subject to my revocation request.

A photocopy of this authorization shall be considered as effective and valid as the original. It is my understanding that this authorization will expire six (6) months after the date of the signature below.

| ______________________________ | __________________ | Rosezola Sellers |
|---|---|---|
| Signature of Patient | Date | Print Patient's Name |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

RE: ROSEZOLA SELLERS

SSN: ____________________ DOB: ____________________ PHONE NO: ____________________

TO: ____________________________

____________________________

____________________________

You are hereby authorized and requested to release to the United States Attorney's Office for the District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, a copy of any and all medical records or information relating to my evaluation, diagnosis, and/or treatment, including that concerning any mental health rehabilitation, including but not limited to: my entire medical record, abstract(s), consultations, EKG, doctors' and nurses' notes, discharge summary, history and physical exam(s), and laboratory reports, emergency department records, operative reports, radiology reports, discharge summary, pathology report(s), itemized bills, correspondence, patient information or questionnaires, and all outpatient records, including clinic notes.

This release has been authorized because such information is needed for litigation

pending in the United States District Court for the District of Rhode Island.

To the extent applicable, I understand that my medical record may contain information that is considered sensitive under law. I understand that ________________________ **WILL** release such information about me if it exists including records containing information concerning, HIV/AIDS infection, mental health, sexually transmitted diseases; and treatment for alcohol and/or drug abuse.

I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release ________________________, his/its employees and assigns from all liability arising from this disclosure of my health information.

I understand that I may revoke this authorization by notifying ________________________, in writing. I understand that any previously disclosed information would not be subject to my revocation request.

A photocopy of this authorization shall be considered as effective and valid as the original. It is my understanding that this authorization will expire six (6) months after the date of the signature below.

| ________________________ | ________________ | Rosezola Sellers |
| --- | --- | --- |
| Signature of Patient | Date | Print Patient's Name |



9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSEZOLA SELLERS, Plaintiff, | ) | |
| v. | ) | C. A. No. 05-381S |
| UNITED STATES DEPARTMENT OF DEFENSE AND ROBERT M. GATES, SECRETARY OF THE DEPARTMENT OF DEFENSE, Defendants. | ) | |

**AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION**

RE: ROSEZOLA SELLERS

SSN: ____________________ DOB:____________________ PHONE NO:__________________

TO: ____________________________

____________________________

____________________________

You are hereby authorized and requested to release to the United States Attorney's Office for the District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, a copy of any and all medical records or information relating to my evaluation, diagnosis, and/or treatment, including that concerning any mental health rehabilitation, including but not limited to: my entire medical record, abstract(s), consultations, EKG, doctors' and nurses' notes, discharge summary, history and physical exam(s), and laboratory reports, emergency department records, operative reports, radiology reports, discharge summary, pathology report(s), itemized bills, correspondence, patient information or questionnaires, and all outpatient records, including clinic notes.

This release has been authorized because such information is needed for litigation

pending in the United States District Court for the District of Rhode Island.

To the extent applicable, I understand that my medical record may contain information that is considered sensitive under law. I understand that ______________________________ **WILL** release such information about me if it exists including records containing information concerning, HIV/AIDS infection, mental health, sexually transmitted diseases; and treatment for alcohol and/or drug abuse.

I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release ______________________________, his/its employees and assigns from all liability arising from this disclosure of my health information.

I understand that I may revoke this authorization by notifying ______________________________, in writing. I understand that any previously disclosed information would not be subject to my revocation request.

A photocopy of this authorization shall be considered as effective and valid as the original. It is my understanding that this authorization will expire six (6) months after the date of the signature below.

| | | |
|---|---|---|
| ______________________ | ______________ | Rosezola Sellers |
| Signature of Patient | Date | Print Patient's Name |



//