**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

July 30, 2007

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

Re: Rosezola Sellers v. United States Department of Defense, C.A. 05-381S

Dear Ms. Andrews:

On June 15, 2007, I mailed to you by certified mail five copies of an Authorization to Release Medical Records in the above-referenced case, asking that you return them to me no later than June 25, 2007. On June 26, 2007, I e-mailed you regarding the status of those releases. You responded that same day indicating that, "[I] will address the authorizations tomorrow." You did not respond to me on June 27, 2007, as you indicated that you would.

On July 25, 2007, I asked you at the close of Mary Gibson's deposition whether or not you would be providing the medical releases. You refused to answer my question and suggested that I e-mail you. On July 27, 2007, I asked you again at the deposition of John Blythe whether or not you would be providing the medical releases. At that time, Ms. Sellers was present at the deposition and could have easily signed the medical releases. I provided additional copies of the medical releases to you and Ms. Sellers at that time. However, you responded, that the medical releases would be addressed at the deposition this week.

If I do not get the releases from you by tomorrow, July 31, 2007, I will have to file a motion to compel. I have tried numerous times to resolve this matter, but you have refused to respond or have given me evasive responses.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Ly Nguyen

LY NGUYEN
Assistant U.S. Attorney

GOVERNMENT EXHIBIT
C