**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** <br> **Plaintiff,** <br><br> **v.** <br><br> **UNITED STATES DEPARTMENT OF DEFENSE AND ROBERT M. GATES, SECRETARY OF THE DEPARTMENT OF DEFENSE,** <br> **Defendants.** | ) | **C. A. No. 05-381S** |

**DECLARATION OF RAYMOND P. ANDRADE**

I, Raymond P. Andrade, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. ' 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am a Discrimination Complaints Manager with the Defense Commissary Agency in Fort Lee, Virginia.

2. In that capacity, I have access to, and regular utilize, Defense Commissary Agency (ADeCA@) records that are maintained on each EEO complaint submitted to DeCA.

3. All documents listed below and attached hereto are from DeCA files relating to Rosezola Sellers three Equal Employment Opportunity (AEEO@) complaints dated May 7, 2001, April 14, 2004, and March 29, 2006:

   a. Ex. 1A- EEO Complaint dated May 7, 2001 (AEEO Complaint No. 1");

   b. Ex. 1B- Administrative Judge decision re: EEO Complaint No. 1, dated May 27, 2003;

   c. Ex. 1C- Notice of Rights and Responsibilities of Complainant dated February 4,

2004;

d. Ex. 1D- Notice of Right to File a Discrimination Complaint dated April 8, 2004;

e. Ex. 1E- Ms. Sellers= EEO complaint dated April 14, 2004 (AEEO Complaint No. 2");

f. Ex. 1F- Letter from Patricia C. Hill, Region Equal Employment Manager, to Ms. Sellers dated May 25, 2004;

g. Ex. 1G- Letter from Ms. Hill to Ms. Sellers dated June 22, 2004;

h. Ex. 1H- Letter from Ms. Hill to Ms. Sellers dated December 22, 2004;

i. Ex. 1I- Notice of Proposed Removal dated October 17, 2005;

j. Ex. 1J- Decision to Notice- Removal dated November 29, 2005;

k. Ex. 1K- Notice of Aggrieved Person=s Rights and Responsibilities dated January 10, 2006;

l. Ex. 1L- Ms. Sellers= EEO complaint dated March 29, 2006 (EEO Complaint No. 3");

m. Ex. 1M- Letter from Raymond P. Andrade, Complaints Manager, to Ms. Sellers dated May 8, 2006;

n. Ex. 1N- Letter from Mr. Andrade to Ms. Sellers dated June 15, 2006; and

o. Ex. 1O- Final Agency Decision re: EEO Complaint No. 3, dated August 20, 2007.

4. Ms. Sellers did not appeal the Administrative Judge=s decision re: EEO Complaint No. 1, dated May 27, 2003.

5. Ms. Sellers did not request that her complaint concerning her termination, EEO Complaint No. 3, be dismissed prior to the issuance of the Final Agency Decision dated

August 20, 2007.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

August 31, 2007
Dated

Raymond P. Andrade
Raymond P. Andrade