# DEFENSE COMMISSARY AGENCY (DeCA), EASTERN REGION

## NOTICE OF RIGHTS AND RESPONSIBILITIES OF COMPLAINANT

As these are your rights and responsibilities regarding the processing of your complaint, it is important that you understand each of these as they may affect the way in which your complaint is processed. By placing your initials at the end of each paragraph, you are acknowledging notification of your rights and responsibilities.

1. YOU HAVE THE RIGHT TO REMAIN ANONYMOUS DURING THE INFORMAL PROCESS.

a. If you state that you wish to remain anonymous, the EEO Counselor and EEO officials will not use your name during the informal stage of the process. This protection only applies to the informal stage.

b. If you file a formal complaint, your anonymity is no longer protected. KS

2. YOU HAVE THE RIGHT TO REPRESENTATION.

a. If you obtain a representative, you must provide written notice of your representative's name, address and telephone number. All official correspondence shall be to the representative, with copies to you.

b. If you designate an attorney as your representative, service of documents and decisions shall be made with the attorney and timeframes for receipt of materials shall be computed from the time of receipt by the attorney.

c. You and/or your representative must serve all official correspondence on your complaint on the designated representative of the agency. KS

37

GOVERNMENT EXHIBIT 1C

D-0080

3. YOU HAVE THE RIGHT TO CHOOSE BETWEEN AN ALTERNATIVE DISPUTE RESOLUTION (ADR) PROCESS OR EEO COUNSELING, WHERE ADR IS OFFERED AND PROVIDED INFORMATION ABOUT EACH PROCEDURE.

LS

4. YOU HAVE THE RIGHT TO RECEIVE, IN WRITING, A NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT.

a. Where counseling is selected, you have the right to receive, in writing, within 30 calendar days of the first counseling contact (unless you agree in writing to an extension-any extension may not exceed an additional sixty (60) calendar days), a notice terminating counseling and informing you of:

(1) the right to file a formal individual or class complaint within 15 calendar days of receipt of the notice,

(2) the appropriate official with whom to file a formal complaint,

(3) the issues in the formal complaint, and that the matter giving rise to the complaint, must be sufficiently precise to describe generally the action (s) or practice(s) that form the basis of the complaint, and

(4) your duty to immediately inform the agency if you retain counsel or a representative.

b. Where ADR is offered and selected, you have the right to receive a written notice terminating the counseling period, which will be issued upon completion of the dispute resolution process or within ninety (90) calendar days of the first contact with the EEO Counselor, whichever is earlier.

LS

5. IN PRESENTING OR PROCESSING A DISCRIMINATION COMPLAINT, ONLY THOSE CLAIMS RAISED AT THE COUNSELING STAGE OR CLAIMS THAT ARE LIKE OR RELATED TO THOSE THAT WERE RAISED MAY BE THE SUBJECT OF A FORMAL COMPLAINT. THE EEO COUNSELOR SHOULD ADVISE YOU OF HOW TO AMEND A COMPLAINT AFTER IT HAS BEEN FILED.

38

LS

6. IF YOU FILE TWO (2) OR MORE COMPLAINTS, THE AGENCY MUST CONSOLIDATE THE COMPLAINTS, AFTER APPROPRIATE NOTICE PER 29 CFR § 1614.606. THE EEO COUNSELOR SHOULD ADVISE YOU THAT WHEN A COMPLAINT HAS BEEN CONSOLIDATED WITH ONE OR MORE EARLIER COMPLAINTS THE AGENCY SHALL COMPLETE ITS INVESTIGATION WITHIN THE EARLIER OF 180 DAYS AFTER THE FILING OF THE LAST COMPLAINT OR 360 DAYS OF THE FILING OF THE FIRST COMPLAINT AND THAT YOU MAY REQUEST A HEARING BEFORE AN EEOC ADMINISTRATIVE JUDGE AT ANY TIME AFTER 180 DAYS OF THE FILING OF THE FIRST COMPLAINT.

ls

7. IN PRESENTING OR PROCESSING A DISCRIMINATION COMPLAINT, YOU HAVE THE RIGHT TO BE FREE FROM RESTRAINT, INTERFERENCE, COERCION, HARASSMENT, DISCRIMINATION AND REPRISAL.

ls

8. IF YOU ARE AN EMPLOYEE(S) COVERED BY A COLLECTIVE BARGAINING AGREEMENT THAT PERMITS ALLEGATIONS OF DISCRIMINATION TO BE RAISED IN A NEGOTIATED GRIEVANCE PROCEDURE:

a. You have the right to file an EEO complaint or grievance and raise the matter of alleged employment discrimination under either 29 CFR 1614 or the covered negotiated grievance procedure, but not both.

b. If you file a complaint under 29 CFR 1614, you may not thereafter file a grievance on the same matter.

c. If your collective bargaining agreement allows allegations of discrimination and you file a grievance on the matter, you should raise the allegations in the grievance. You cannot later file a discrimination complaint on the same issue(s).

d. An election to proceed under either procedure is indicated by a written formal discrimination complaint or a timely written grievance, whichever is filed first.

9. YOU HAVE THE DUTY TO MITIGATE DAMAGES.

a. If you are an applicant who has been denied employment or an employee who has been terminated or removed from Federal service, you have the responsibility to lessen backpay liability by making reasonable efforts to seek suitable employment.

b. You may be required to show what efforts were made to secure employment.

c. You may also be required to present evidence of any interim income and/or earnings for any period(s) for which backpay is to be awarded.

10. YOU HAVE THE RIGHT TO REQUEST A HEARING BEFORE AN EEOC ADMINISTRATIVE JUDGE (IF THE CASE IS NOT ALSO APPEALABLE TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) AS A MIXED CASE) AND A FINAL AGENCY DECISION BY THE DIRECTOR, DeCA.

a. The identity and address of the EEOC field office to which a request for a hearing must be sent in the event that you file a formal complaint and request a hearing will be provided to you in writing.

b. The name and address of the agency official to whom, you must send a copy of the request for a hearing will be provided to you in writing. The EEO Counselor should advise you of your duty to certify to the Administrative Judge that you provided the agency with a copy of a request for a hearing.

c. If the investigation is not completed and you have not agreed to extend the period of time to complete the investigation, you have the right to request a hearing before an EEOC Administrative Judge at any time after 180 calendar days have elapsed from the filing of the formal complaint.

40

11. YOU HAVE A DUTY TO KEEP THE AGENCY AND COMMISSION INFORMED OF YOUR CURRENT ADDRESS AND SERVE COPIES OF APPEAL PAPERS ON THE AGENCY.

a. It is your responsibility to keep this agency informed of any changes in your address or telephone number.

b. Your complaint may be dismissed if you cannot be located.

LS

12. YOU HAVE THE RIGHT, IF YOU ARE A PREVAILING PARTY, TO PRESCRIBED REMEDIES AND RELIEF.

a. If the final agency decision results in a finding of discrimination and/or reprisal, you are entitled to relief.

b. Relief may include back pay, retroactive personnel actions, expungement or correction of records, attorney's fees, compensatory damages and/or other equitable relief.

c. If you claim compensatory damages, you will need to provide objective evidence to support such claims and show how they were caused by the alleged discrimination and/or reprisal.

LS

13. YOU HAVE A RIGHT TO BE APPRISED OF CLASS COMPLAINT PROCEDURES AND THE RESPONSIBILITIES OF A CLASS AGENT, IF YOU INFORM THE EEO COUNSELOR THAT YOU WISH TO FILE A CLASS COMPLAINT.

LS

14. RIGHT TO FILE MIXED CASE COMPLAINTS.

a. If the action(s) to which you are aggrieved is appealable to the MSPB and is based on allegations of discrimination covered by 29 CFR, Part 1614, you may initially file a mixed case appeal to the MSPB or a mixed case complaint with DeCA, but not both.

41

b. The election to proceed in either forum is determined by whichever is filed first. A complaint is a written formal discrimination complaint filed with DeCA.

c. If you first elect to file a mixed case appeal to the MSPB and the MSPB dismisses the appeal for jurisdictional reasons, you have the right to contact an EEO Counselor and initiate filing of a complaint within 45 calendar days of receipt of the MSPB notice. The date of your appeal with the MSPB will be deemed as the date of the initial contact with the EEO Counselor.

d. If you first elect to file a mixed case complaint with DeCA, the complaint will be processed in accordance with 29 CFR § 1614.302. Under this section, you have a right to a final agency decision <u>without</u> a hearing before an EEOC Administrative Judge. Once a final agency decision is issued, you have the right to file an appeal and request a hearing to the MSPB (not EEOC) or a civil action as outlined in applicable sections of Part 1614. If no final agency decision is issued on the complaint within 120 calendar days from the date the formal complaint was filed you have the right to file an appeal to the MSPB or a civil action. If you file a timely appeal with the MSPB from DeCA's processing of a mixed case complaint and the MSPB dismisses it for jurisdictional reasons, you may have the right to request a hearing before an EEOC Administrative Judge.

15. RIGHT TO ALLEGE A VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA).

a. You may file a discrimination complaint with DeCA based on age (40 or older) or you have the right to file a civil action in a U.S. District Court under the ADEA against the Secretary of the Defense, after giving the EEOC not less than 30 calendar days notice of the intent to file a civil action.

b. The notice of intent to file a civil action must be filed in writing with the EEOC within 180 calendar days of the occurrence of the alleged unlawful practice. The notice must be submitted to:

42

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
ATTN: HEARING PROGRAMS DIVISION
1801 L STREET, NW
WASHINGTON, DC 20507

LS

16. YOU HAVE THE RIGHT TO AN IMMEDIATE FINAL DECISION AFTER AN INVESTIGATION BY THE AGENCY IN ACCORDANCE WITH 29 CFR § 1614.108(f).

LS

17. IN PRESENTING AND PROCESSING A DISCRIMINATION COMPLAINT, REJECTION OF AN AGENCY'S OFFER OF RESOLUTION MADE PURSUANT TO 29 CFR § 1614.109(c) MAY RESULT IN THE LIMITATION OF THE AGENCY'S PAYMENT OF ATTORNEY'S FEES OR COSTS.

LS

18. YOU HAVE THE RIGHT TO FILE A CIVIL ACTION IN THE U.S. DISTRICT COURT 180 CALENDAR DAYS AFTER FILING A FORMAL COMPLAINT OR 180 CALENDAR DAYS AFTER FILING AN APPEAL, IF NO DECISION ON YOUR COMPLAINT OR APPEAL HAS BEEN ISSUED. LS

19. YOU HAVE THE RIGHT TO FILE A CIVIL ACTION DIRECTLY TO THE U.S. DISTRICT COURT ON CLAIMS OF SEX-BASED WAGE DISCRIMINATION UNDER THE EQUAL PAY ACT EVEN THOUGH SUCH CLAIMS ARE ALSO COGNIZABLE UNDER TITLE VII.

LS

20. TIME LIMITATIONS AND ACTIONS TO ASSIST IN PROCESSING A COMPLAINT.

43

a. You and your representative are responsible for meeting applicable timeframes and providing requested information in the processing of your complaint.

b. If you fail to comply with applicable time limits for prescribed actions in the complaint process, your complaint may be dismissed for untimeliness.

c. If you fail to provide requested information or to attend prescribed meetings related to your complaint, your complaint may be dismissed for failure to cooperate.

d. In any instance in which the agency is reviewing a late submission or an action you and/or your representative failed to take when requested, you must inform the agency, in writing, of reasons or circumstances that you believe should be considered in order for the agency to waive a prescribed timeframe or otherwise not view your actions as untimely or a failure to cooperate in the prosecution of your complaint.

LS

Pre-complainant (Name): [signature] Date: 2-4-04

EEO Counselor (Name): [signature] Date: 2/4/04