**DEFENSE COMMISSARY AGENCY**
**DeCA EAST, Newport Naval Station Commissary**
**Bldg 1163, Whipple Street**
**Newport, RI 02841-1639**

REPLY TO
ATTENTION OF

DeCA-EA-NBJ

November 29, 2005

MEMORANDUM FOR MS. ROSEZOLA SELLERS, COMMISSARY MANAGEMENT SPECIALIST, GS-1144-05, NEWPORT NS COMMISSARY

SUBJECT: Decision to Notice – Removal

Reference is made to the Notice of Proposed Removal, dated October 17, 2005, proposing your removal from the Federal service. The Notice of Proposed Removal was given to you on October 17, 2005.

You were afforded 21 calendar days in which to reply orally, in writing, or both, to the Notice of Proposed Removal. Your written response was received November 18, 2005.

I have carefully, fully and impartially considered your written response, and all evidence, documentation, and the reasons and specifications contained in the Notice of Proposed Removal. Your written response does not provide sufficient evidence to overcome the preponderant evidence of record that you failed to follow instructions, displayed disruptive behavior and conducted yourself in a disrespectful manner, as was charged in the Notice of Proposed Removal.

Your failure to follow instructions has a direct negative impact on your ability to accomplish your assigned duties which places an undue burden on the commissary. Additionally, I cannot condone your disruptive and disrespectful behavior. I feel this action is the minimum necessary to promote the efficiency of the service. Therefore, it is my decision to remove you from Federal service effective December 10, 2005.

A Standard Form 50, Notification of Personnel Action, effecting your removal will be forwarded to you.

You have the right to appeal this action to the Merit Systems Protection Board (MSPB) within 30 calendar days of the effective date of this action or file a grievance using the negotiated grievance procedures pursuant to the Master Labor Agreement between the Defense Commissary Agency (DeCA) and the American Federation of Government Employees (AFGE), **but not both**. If you choose to file an MSPB appeal it must be in writing and contain all the information specified in the Board's regulations (Attachment 1). Such appeal must be filed with the Region Director, Washington, DC Regional Office, 1800 Diagonal Road, Suite 205, Alexandria, VA 22314-2840, facsimile number: 212-264-1417. An appeal may be filed by mail, facsimile, commercial overnight delivery or personal delivery. Additionally, should you wish to file an electronic appeal, you will find assistance at the MSPB website: www.mspb.gov.

186A

GOVERNMENT EXHIBIT 1J

For further information regarding regulations and procedures used in this matter, you may contact Ms. Dorna Clark, Human Resources Specialist, 804-734-8550, at DeCA HQ, 1300 E Avenue, Fort lee, VA 23801.

John Blythe
Store Director
Newport NS Commissary

Attachment:
As stated

Acknowledgement of Receipt:

Signature:______________________ Date:____________

Refused to sign [signature] 12-1-05

1866