UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROSEZOLA SELLERS,
vs. C.A. No. 05-381S
UNITED STATES DEPARTMENT OF
DEFENSE, et al,

DEPOSITION OF MARY GIBSON, a witness in the above-entitled cause, taken on behalf of the Plaintiff, before Devin J. Baccari, CSR, a Notary Public in and for the State of Rhode Island, at the Law Office of Patricia E. Andrews, 129 Dyer Street, Providence, Rhode Island, on July 25, 2007 scheduled at 10:00 a.m.

PRESENT:

FOR THE PLAINTIFF

LAW OFFICE OF PATRICIA E. ANDREWS
BY: PATRICIA E. ANDREWS, ESQUIRE

FOR THE DEFENDANT

U.S. DEPARTMENT OF JUSTICE
BY: LY T. NGUYEN, ESQUIRE
DULCE DONOVAN, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

GOVERNMENT EXHIBIT 3

be fired?
A. Yes.
Q. And you started when?
A. August of 2003.
Q. And do you recall when Rose Sellers was fired?
A. It was October of 2005 if I recall correctly.
Q. Okay. So between August 2003 and the time that she was fired, when did you first believe that she should be fired?
MS. NGUYEN: Objection.
A. It wasn't a matter of belief. It was a matter of we -- again, we tried to -- I tried to retrain her and give her all the tools to do her job and she -- she refused to do them and could not do them.
Q. I'm simply asking this --
MS. DONOVAN: We need to just break for a minute. Excuse me.
(A recess was taken.)
MS. NGUYEN: I would just like to object to this line of questioning regarding any sort of termination or her beliefs regarding this termination because termination is not an issue in this case so I don't know where this line of questioning is going.

MS. ANDREWS: I believe it is. The case law supports the fact that once you file a charge of discrimination, if there's any retaliation that grows out of it, it's part of it and you don't have to amend your complaint.

MS. NGUYEN: It's not -- you had the opportunity to amend the complaint. Is it listed on the amended complaint?

MS. ANDREWS: Retaliation is and this is another form of retaliation.

MS. NGUYEN: When have you ever noticed us regarding this termination? I believe in our discovery responses we had alerted you to the fact that this case was not about --

MS. ANDREWS: We had discussions at the pretrial conference with the original attorney about the termination. Okay? We had discussions about it with the Judge. And then after that with Mr. Ianotti I talked all about the termination and I told him about the line of cases that allows us to make this part of it and that's the position that I'm taking.

MS. DONOVAN: We don't have to resolve it today. Just the objection's on the record and just note it, that's all.