**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

August 1, 2007

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

Re: Rosezola Sellers v. United States Department of Defense, C.A. 05-381S

Dear Ms. Andrews:

Enclosed please find releases pertaining to Rhode Island Department of Labor records, tax records, and U.S. Department of Labor records. Please have Ms. Sellers sign and return the releases to me no later than August 6, 2007.

These releases are relevant insofar as they relate to damages connected to her termination which you attempted to make an issue during Ms. Gibson's deposition last week. As I objected during Ms. Gibson's deposition, Ms. Sellers has not amended her complaint to include the termination charge, and her EEO complaint regarding the termination charge is still pending at the administrative level. Despite the fact that you were on notice of my objection regarding the relevancy of Ms. Sellers' termination, you continued to question Mary Gibson, John Blythe and Stephen Furtado extensively on Ms. Sellers' termination during their depositions conducted respectively on July 25, 2007, July 27, 2007, and July 31, 2007. During these depositions, I did not instruct these witnesses to not answer. Thus, Ms. Gibson, Mr. Blythe, and Mr. Furtado answered your questions regarding Ms. Sellers' termination. Thus, I expect the same professional courtesy from you when I ask Ms. Sellers any questions related to her termination in her deposition scheduled for August 7, 2007. If I cannot expect this courtesy, please respond to me by close of business today, August 1, 2007.

While we contend that the termination is not an issue in this case, we nonetheless are attempting to mitigate any prejudice caused by your failure to amend the complaint and your failure to advise us on any specific deficiencies in our discovery responses that were hand-delivered to you, approximately four months ago on April 11, 2007. In that discovery response, we specifically stated, "[i]f the plaintiff wishes to propound discovery on her removal, she must amend her complaint in the subject district court case to include removal, which will allow the agency to dismiss her administrative complaint."

Please return these releases to me no later than August 6, 2007. As discovery closes August 15, 2007, any delay in returning these releases will result in further prejudice to my client.

GOVERNMENT EXHIBIT 6

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LY NGUYEN
Assistant U.S. Attorney