**DEFENSE COMMISSARY AGENCY**
**DISCRIMINATION COMPLAINT**

UIC

FOR AGENCY USE
01EANBJ022

**PRIVACY ACT STATEMENT**

**Authority:** Title VII, United States Code. Privacy Act of 1974 (5USC 552a). **Purpose:** To collect information to permit processing of a formal discrimination complaint. **Use:** The information on this form may be used (a) in the processing and adjudication of the Complaint and any appeal concerning the complaint and (b) as a data source for production of summary descriptive statistics and analytical studies of complaint processing and resolution efforts. **Disclosure:** Voluntary; however, failure to provide requested information may lead to a delay in processing or to a dismissal of this complaint.

1. COMPLAINANT'S FULL NAME *(Last, First, MI)*: SELLERS Roszola

COMPLAINANT'S SSN: [redacted]

2. TITLE, SERIES & GRADE OF YOUR JOB: STOREWORKER WG-4

3. HOME ADDRESS
Street [redacted]
City [redacted]
State [redacted]
Zip Code [redacted]

5. WORK ADDRESS
Street 1163 WHIPPLE STREET
City NEWPORT
State RHODE ISLAND
Zip Code 02840

4. HOME PHONE [redacted]

6. WORK PHONE 401-841-2113 (Fax)
401-841-2111

7. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU AND THEIR ORGANIZATIONAL UNIT

| NAME | TITLE | ORGANIZATIONAL UNIT |
|---|---|---|
| John Blythe | DIRECTOR | NEWPORT COMMISSARY |

8. DATE OF MOST RECENT ALLEGED DISCRIMINATORY INCIDENT FOR WHICH YOU SOUGHT COUNSELING *(MM-DD-YYYY)*: March 1, 2001

9. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST *(treated differently from other employees or applicants). (For each allegation identified in 10, below, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. If you need more space, continue on another sheet of paper.)*

Attached Sheet.

GOVERNMENT EXHIBIT 1A

10. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST *(Check all that apply)*

- [X] a. RACE *(If so, state your race)*
- [ ] b. COLOR *(If so, state your color)*
- [ ] c. RELIGION *(If so, state your religion)*
- [ ] d. NATIONAL ORIGIN *(If so, state your national origin)*
- [ ] e. SEX *(If so, state your sex)*
- [ ] f. AGE *(If so, state your age)*
- [X] g. HANDICAP *(If so, state whether mental or physical)*
- [ ] h. SEXUAL HARASSMENT *(If so, state your sex and the sex of the person you believe harassed you)*
- [ ] i. REPRISAL *(If so, state nature of involvement in prior EEO activity)*

11. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR [X] YES [ ] NO

12. COUNSELOR: ERNEST Signorino

13. DATE NOTICE OF FINAL INTERVIEW RECEIVED: 26 APR 01

14. STATE ACTION YOU ARE SEEKING TO RESOLVE YOUR COMPLAINT
I would like to be treated honestly & fairly
I would like to be pidged fair for WG-5

15. NAME AND ADDRESS OF YOUR REPRESENTATIVE *(If any)*

16. REPRESENTATIVE'S PHONE NO.

17. COMPLAINANT'S SIGNATURE: Roszola Sellers

18. DATE OF THIS COMPLAINT *(MM-DD-YYYY)*: 7 May 2001

DeCA Form 55-1, May 1999

This form was electronically designed by DeCA/BAM using InForms Designer.

2

RECEIVED
MAY 1 5 2001

May 7, 2001

Patricia Hill
Defense Commissary Agency
DeCa Eastern Region
5151 Bonney Road, Suite 201
Virginia Beach, Va 23462-4314

Dear Ms Hill,

Please take the time to read this. I AM SORRY IT IS A LOT, BUT THIS IS WHEN MY PROBLEM STARTED. I should of done something a long time ago, but I keep feeling the harassment was going to go away.

I became a commissary employee in October of 1988. My problem started in 1995 when I informed my supervisor that I could not do a job because of stomach problems. When I took the job in 1988 , I informed the manager (Al Felton old store manager) of my problem. He said he would make me a wage grade worker, instead of a GS (cashier) because of my problem. When John Blythe took over he decided to change my job description and make me do cashiering. Mr Blythe told me that I need a doctor note to excuse me. I gave Mr Blythe several notes from doctors, that said I have ulcers and I should not be a cashier. He felt having ulcers was not a good enough reason and made me do it anyway.

I then went to his boss who at that time was Robin Smith, the zone manager. She said the notes was good enough and Blythe did stop bothering me. Time passed, maybe seven month or so, then he started up again. He would harass me by changing my schedule, giving me late night jobs and making me work in the freezer.

One of the jobs I was given was pulling heavy pallets out of the freezer (sometimes up to 13 to 14 ). I am a WG worker so I felt it was part of my job. I also felt it was punishment for having stomach ulcers and not running a register. I had to stock milk which was piled at least two feet over my head. I informed them that I could not reach it , because I had to lift 4 gallons of milk (in crates) from over my head to the floor. It was very hard to do but I wanted to do my job . When I said something about it I was told they did not have the space to lower it. He could of had someone taller do it but, he knew no one wanted to work nights so I was stuck. How come I did not have a choice? One of the times I was doing the job I hurt my back. (I have what happened

enclosed). I went to the doctor and the doctor put me on limited duty for one week. Blythe did accommodated it. When I went back to the doctor , he felt I needed another week of limited duty. Blythe got very angry and said I could not work in the store another week on limited duty. He told me in front of my supervisor Mrs Smith that I had to go home and use my own sick time. That is what I did. I knew my back was still hurt, but I did not want to use up all of my sick and annual leave, so I went and ask the doctor to send me back to work. One thing I failed to add was when he put me in the freezer I asked him if I could get a coat for the freezer. He said, NO. He will get shoes and coats for the employees , but when I asked he said NO. I had to go to E.E.O on the Navy Base. The day before the hearing , I did receive a coat. The doctor wanted me to have a back brace he said he did not have to supply it. I got it for myself.

On May 12, 1998 I was put in the produce dept. I told the produce manager (Don Leger) I did not know if I was going to have a hard time lifting some of the produce. Some of the merchandise in produce is very heavy 50lb or heavier, but I did ask the doctor to send me back to work. What else could I do No one in the store would go against Blythe.

I never knew when my schedule was changing I could neve make long range plans, like some of the other wage grade employees. When ever I felt happy in a job Blythe would change me. There is a white lady who has been a wage grade as long as I have and the only job she has been asked to do is cashiering and produce. We have two guys who also works in produce and they have been there at least 11 years or more in produce only. None of them had to work nights. I had to work 3:00 - 11:30 also 6:00pm to 2:00am I did not have a choice.

Don Leger and John Blythe gave the 2 guys in produce WG-5 .I worked Produce in Newport and in Groton conn. Under both of the managers I received the highest level you could receive. Both of the managers was managers for years (Mr Crandell in Groton and Kenny in Newport. John Blythe and his people from the ware house comes in and things change. I feel Don Leger will echo what ever Blythe tells him.

The IG team came into the commissary and anyone could speak to them if they had something to say. I went in and spoke to them. I will say after they left maybe 15 minutes, Blythe

came to me and said he wanted to look in my locker. Why? He never did this before. I don t steal so I told him to help his self. I feel people would be afraid to go in because they knew what Blythe would do. He did change my schedule. My job was ordering with the vendor stockers . We had so much merchandise in the warehouse so my job was to get it down. Some of the vendor stockers did not like it and went to Blythe and of course he sided with them. I was only doing my job. I did not order what the store did not need. Like I said Blythe sided with them and took me out of the job, and said I did not get along with people. I did not have a problem with the honest vendors. Just the ones that was ripping the store off. I was not going to help them commit fraud. Blythe took me out of the job and, and gave them the computer and let them do what they wanted . (I have enclosed 2 letters)

They recently hired a lady into produce... It was clear she was putting extra work on me. She would have her lunch and breakes, but she would still just go out side and smoke. Sometimes it would just be me and her. When I spoke to Don Leger about it he wanted to bring up that I did not get along with people. They blamed me. I asked Blythe why he keeps putting me down when it is not true, and he just makes a joke out of it. I have never had a problem with people in my 50 years of living. He has no right to keep saying it. Don Leger has said things to me like : You have been in ever dept their is no where else to put you. He says I am the problem. He said once he has a 7 year old grandaughter and she is always causing trouble so when she isn t she is still blamed. I am 50, I have never had a problem. The lady who works with me out right lied on me. Leger told me I had to right up a statement. Ledger told me before he even knew what was going on,I need to watch what I say he just took her word for it. Thank God I had a witness and he came in and talked to Blythe and everything dropped. Ledger has said I m tired of your ass. I feel like excess baggage and I should not.

Two of the guys in produce put in for Good Friday off and got it. I gave 4 days notice to have the Tuesday after and Ledger said No. I have at least 140 hours of use or loose. I do not abuse my sick leave I called in the beginning of March and Leger just about told me I was faking it .

I m a 50 year old black women trying to give my job my all, and a little bit more. I love the customers and they love me. I have received several letters enclosed 2. Please feel free to call them. I would like for them to stop harassing me. They don t have the right to treat me the way the way they do, or say the things they say.

J

I applied for the WG 5 and I would like to be honestly considered. If they can give it to two people who can only put out produce I don t think that is fair. The job called for a lot more than that. These guys are liked by Blythe and Ledger.

I feel it was not fair that I was switch from here to here All of the WG workers should have to work in the freezer and work nights. Not just the people he don t like. My back Im stuck with because I did not get the care on time.

Don Leger is my supervisor, but it is sad I can t tell him anything. What ever you say to him he repeats. He tells the other produce people what was said, even though it should be private. There is nothing one can do about it.

I feel there is so much wrong that was done to me. It s very hard to write every thing down. I do ask, please don t give my phone number to the store. I don t want to be harassed at home like one of the ladies was, by an unknown employee.

Thank You for taking the time to read this.

Rosezola Sellers 401 849-6315

Rosezola Sellers 7 May 2001