DEPARTMENT OF THE NAVY
HUMAN RESOURCES OFFICE GROTON
P. O. BOX 20
NAVAL SUBMARINE BASE NEW LONDON
GROTON, CONNECTICUT 06349-5020

8 April 2004

From: EEO Counselor, Human Resources Office Groton
To: Rosezola Sellers, [redacted]

Subj: NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

Encl: (1) Discrimination Complaint Form 55-1

1. This is notice that I have completed the fact-finding in connection with the matter you presented to me as an Equal Employment Opportunity (EEO) Counselor. You initially contacted this office on 18 December 2003 and again on 26 February 2004 to raise allegations that you have been discriminated against based on your color (black), and reprisal for previous EEO complaints when, on 14 July and 4 November 2003, your leave was disapproved, even though you had use/lose leave to take. You claim further discrimination when on 25 February 2004, you received a Letter of Reprimand for Failure to Follow Instructions and Disrespectful Conduct.

2. If you believe that you have been discriminated against on the basis of race, color, religion, sex, age, national origin, disability (physical and/or mental), and/or reprisal for participating in protected EEO activity, you have the right to file a complaint of discrimination within 15 calendar days after receipt of this notice. If you file a complaint beyond this timeframe, your complaint may be dismissed as untimely.

3. If you file a complaint, it must be in writing. Your complaint must be filed in person or by mail within 15-calendar days of receipt of this notice. If mailed, the complaint must be postmarked within the 15-calendar day time limit to the following individuals authorized to receive discrimination complaints:

Patricia C. Hill
Equal Employment Manager
Defense Commissary Agency
Eastern Region
5151 Bonney Road, Suite 201
Virginia Beach, VA 23462-4314

**-OR-**

Chet Boutelle
Deputy Director
Defense Commissary Agency

46

GOVERNMENT EXHIBIT
1D

D-0089

Subj: NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

Eastern Region
5151 Bonney Road, Suite 201
Virginia Beach, VA 23462-4314

4. The issue(s) in the formal complaint, as discussed previously with me, and the matter giving rise to the complaint must be sufficiently precise to describe generally the actions(s) or practice(s) that form the basis of the complaint. Failure to provide this information may result in your complaint not being accepted for investigation. If you add issues that are not part of the existing claim or are not like or related to the pending claim, those issues will be returned to you for further counseling. The complaint must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same subject matter, including the date on which a grievance or an appeal was filed. This information is necessary for the Department of the Defense to determine whether your complaint is appropriate for processing. Discrimination Complaint Form 55-1 is provided, enclosure (1) for your use should you choose to file a formal complaint.

5. If you retain an attorney or any other person to represent you, you or your representative must immediately notify, in writing, the Equal Employment Manager, at the address shown above.

6. Should you require any assistance in preparing a complaint, you may contact me at (860) 694-3307 or DSN 694-3307. Please be advised, however, that the 15-calendar day period within which your formal complaint must be filed begins with your receipt of this notice.

Dawn Johnson
Dawn Johnson
EEO Counselor

***If delivered in person:***

Received by: Isabella Sellers

Date: 4-8-04

47