DE...SE COMMISSARY AGENCY
**DISCRIMINATION COMPLAINT**

UIC

...R AGENCY USE
04·EA·BJ ·1

**PRIVACY ACT STATEMENT**

**Authority:** Title VII, United States Code. Privacy Act of 1974 (5USC 552a). **Purpose:** To collect information to permit pro... a formal discrimination complaint. **Use:** The information on this form may be used (a) in the processing and adjudicat... Complaint and any appeal concerning the complaint and (b) as a data source for production of summary descriptive stat... analytical studies of complaint processing and resolution efforts. **Disclosure:** Voluntary; however, failure to provide information may lead to a delay in processing or to a dismissal of this complaint.

1. COMPLAINANT'S FULL NAME *(Last, First, MI)*: SELLERS Roszola

COMPLAINANT'S SSN: [redacted]

2. TITLE, SERIES & GRADE OF ...: GS-5

3. HOME ADDRESS
Street [redacted]
City [redacted]
State [redacted]
Zip Code [redacted]

5. WORK ADDRESS
Street Whipple Street
City New Port
State RI
Zip Code

4. HOME PHONE

6. WORK PHONE 401-841-2111

7. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU AND THEIR ORGANIZATIONAL UNIT

| NAME | TITLE | ORGANIZATIONAL UNIT |
|---|---|---|
| John Blythe | Director | Commissa... |
| Steven Furtado | Store Administrator | " |
| Mary Gibson | Grocery Manager | " |

8. DATE OF MOST RECENT ALLEGED DISCRIMINATORY INCIDENT FOR WHICH YOU SOUGHT COUNSELING *(MM-DD-YYYY)*: 2·25·04

9. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST *(treated differently from other employees or applicants). (For each all... identified in 10. below, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. If you ne... space, continue on another sheet of paper.)*

paper enclosed

GOVERNMENT EXHIBIT 1E

10. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST *(Check all that apply)*

- [x] a. RACE *(if so, state your race)*
- [ ] b. COLOR *(if so, state your color)*
- [ ] c. RELIGION *(if so, state your religion)*
- [ ] d. NATIONAL ORIGIN *(if so, state your national origin)*
- [ ] e. SEX *(if so, state your sex)*
- [ ] f. AGE *(if so, state your age)*
- [ ] g. HANDICAP *(if so, state whether mental or physical)*
- [ ] h. SEXUAL HARASSMENT *(if so, state your sex and the sex of the person you believe harassed you)*
- [ ] i. REPRISAL *(if so, state nature of involvement in prior EEO activity)*

11. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR. [x] YES [ ] NO

12. COUNSELOR

13. DATE NOTICE OF FINAL INT... RECEIVED 4·8·04

14. STATE ACTION YOU ARE SEEKING TO RESOLVE YOUR COMPLAINT
I do not Want letter put in my file Return hours

15. NAME AND ADDRESS OF YOUR REPRESENTATIVE *(if any)*
EEO Counselor Human Resources, Groton.

16. REPRESENTATIVE'S PHONE

17. COMPLAINANT'S SIGNATURE Roszola Sellers

18. DATE OF THIS COMPL... *(MM-DD-YYYY)* 4·14·

This form was electronically designed by DeCA/SAAF usa

DeCA Form 55-1, May 1998

PM

March 10, 2004

Mary Gibson

It disturbs me to have to respond to the letter of Reprimand you gave me on 2 25 04.

Nothing that was written in the letter was true as far as the way things happened. It is true that you wanted me to stock, but the way you did it was. As you was walking fast down the isle you pointed back at me And said "I want you to go to Chill / frozen to stock". I said "What" You then turned to me and said "I need you to go to Chill/frozen to stock".
I said "Mary I'm not dressed to work over their. And I'm still having problem with my hand". (that I hurt in the store.)

The Conversation was not loud the only person that was being disrespectful was you to me.

I said to you. "I just [illegible] wearing my brace on my hand and I was not doing any heavy lifting". You said to me like I was a 2 year old, if you are not over in Chill frozen by 10:30 you will face the Consequences" that made me angry and I said to you "If in going to face Consequences, I'll start right now".

September 7, 2003 I started the CAO job, even though you told me I was only detailed. I'm enclosing my job discription.

I have no problem stacking the shelf. I'll do it all day if need be. I'm getting paid to do CAO and would like to do it.

there was no reason for you to lie on me. It just shows me you lack integrity! It states in the letter what kind of Corrective action Im going to take, 4 None!.

7-6 04

Sir

I would like to give you 4 names of people of Color. Mary Gibson treated them the same way she did me

Charle Cloud
John Spencer
Stephanie Lopez
thelma Eden.

I'm hoping you can use these names so you can see it's wrong the way how Mary Gibson is allowed to treat people. they are all at the Newport Commissary

5

Lu Zola Sills

Grievance # 04EAB-1031

RECEIVED
JUL 12 2004