**DEFENSE COMMISSARY AGENCY**
EASTERN REGION
5151 BONNEY ROAD SUITE 201
VIRGINIA BEACH, VA 23462-4314

May 25, 2004

Ms. Rosezola Sellers
[redacted]

Dear Ms. Sellers:

This notice acknowledges receipt of your discrimination complaint filed on April 16, 2004, which was received in the DeCA Eastern Region EEO Office on April 19, 2004. This provides you a written notice of your rights and the time requirements for exercising those rights.

If your complaint is accepted, it will be investigated. Based on the information developed by the investigation, an attempt may be made to resolve your complaint. You will receive a copy of the Report of Investigation (ROI) and case file.

If your complaint is dismissed, the dismissal is considered to be a final DeCA decision on the complaint. You will be advised at that time of your rights of appeal.

If the agency believes that part, but not all, of a complaint should be dismissed in accordance with one of the eight dismissal bases, the agency must document the file with its reasons for the partial dismissal. The agency then investigates the remainder of the complaint, but will not investigate the dismissed portion. If you request a final decision from the agency without a hearing, the agency will issue a decision addressing all claims in the complaint, including its rationale for dismissing claims, if any, and its findings on the merits of the rest of the complaint. If you request a hearing, an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ) will, as soon as practicable, evaluate the reasons given by the agency for its partial dismissal. If the AJ does not agree with the agency's reasons, the entire complaint, or all of those portions not dismissed, will continue in the hearing process.

If a settlement of the complaint is reached, the terms of the settlement will be stated in writing and you will be given a copy.

If the allegations in your complaint are accepted for investigation, after the investigation is completed, you will be provided with a copy of the investigative report and notified of your right to request a hearing by an AJ who will issue a decision to you and DeCA, or to request a decision by the Director, DeCA, on the existing complaint file without a hearing. If you want a hearing, your request must be in writing to the appropriate EEOC Office WITHIN 30 CALENDAR DAYS OF RECEIPT OF THE INVESTIGATIVE REPORT. If you want a

49

GOVERNMENT EXHIBIT 1F

D-0092

decision by the Director, DeCA, without a hearing, you must NOTIFY THIS OFFICE IN WRITING WITHIN 30 CALENDAR DAYS OF RECEIPT OF THE INVESTIGATIVE REPORT. You also have the right to request a hearing at any time after 180 days have elapsed from the filing of your complaint.

Your request for a hearing must be addressed in writing to the appropriate EEOC Office with a courtesy copy to my office. If you request a DeCA decision without a hearing, it must be addressed to me, so that I can make the necessary arrangements. If you request a hearing and the AJ determines that some or all facts are not in genuine dispute, he or she may, after giving notice to the parties and providing them an opportunity to respond in writing within 15 calendar days, issue an order limiting the scope of the hearing or issue findings and conclusions without holding a hearing.

If, within 30 calendar days of receipt of the investigation file, you do not request a hearing or a DeCA decision without a hearing, a DeCA final decision will be issued within 60 days of the end of the 30-day period you have to request a hearing or an immediate final decision.

If you are dissatisfied with the final DeCA decision (with or without a hearing), you may file a notice of appeal to the EEOC, Office of Federal Operations (OFO), within 30 calendar days after receiving this decision. Any appeal to the EEOC should be addressed to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, Post Office Box 19848, Washington, DC 20036. A copy of the appeal notice should be sent to the Chief, EEO Division, DeCA Headquarters, 1300 E Avenue, Fort Lee, Virginia 23801-1800. Also, you may submit a brief or statement to support your appeal to the OFO within 30 days after filing the notice of appeal. At the same time, you must furnish a copy of the supporting brief or statement to the Chief, EEO Division, DeCA HQ, and me.

Instead of an appeal to the EEOC, you may file a civil action in the proper U.S. District Court within 90 calendar days after receiving the DeCA final decision or, if DeCA has not issued a final decision on your complaint, after 180 calendar days from the date the formal complaint was filed. If you file a civil action under Title VII of the Civil Rights Act of 1964, as amended, or the Rehabilitation Act of 1973, as amended, and you do not have, or cannot afford the services of a lawyer, you may request the court appoint a lawyer to represent you. In such circumstances as the court may deem just, the court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs, or security. Any such request must be made within the above referenced 90-day time limit for filing suit and in such form and manner as the court may require.

You are further notified that if you file a civil action, you must name the appropriate department head or agency head as the defendant and to provide his or her official title. DO NOT NAME JUST THE AGENCY OR DEPARTMENT. Failure to name the department head or agency head or to state his or her official title may result in the dismissal of your case. THE APPROPRIATE AGENCY IS THE DEPARTMENT OF DEFENSE. THE HEAD OF THE DEPARTMENT OF DEFENSE IS DONALD H. RUMSFELD, SECRETARY OF DEFENSE.

50



D-0093

If you decide to appeal to the OFO, you will still have an opportunity to file a civil action in U.S. District Court within 90 calendar days after receiving EEOC's final decision, or 180 calendar days after the date of your initial appeal to the EEOC if the EEOC has not rendered a final decision.

Patricia C. Hill
Region Equal Employment Manager

51