**DEFENSE COMMISSARY AGENCY**
EASTERN REGION
5151 BONNEY ROAD SUITE 201
VIRGINIA BEACH, VA 23462-4314

June 22, 2004

Ms. Rosezola Sellers
[redacted]

Dear Ms. Sellers:

This refers to your discrimination complaint, Agency Docket Number 04-EA-BJ-031, filed on April 16, 2004.

Based on my review of your discrimination complaint, the EEO Counselor's report, and in accordance with Title 29 Code of Federal Regulations (CFR) Part 1614, I have defined the following issues in your complaint:

a. Whether the complainant was discriminated against based on race (Black) and reprisal (prior EEO activity) when, from July 14, 2003 to November 4, 2003, the Commissary Officer, Mr. John Blythe, Sr., denied her requests for annual leave on the following dates: August 7, 8, 28, 29, and 31, 2003 (40 hours) and November 14, 15, and 18-22, 2003 (56 hours)?

b. Whether the complainant was discriminated against based on race (Black) and reprisal (prior EEO activity) when, on February 25, 2004, her supervisor, Ms. Mary Gibson, issued her a Letter of Reprimand for failure to follow instructions and disrespectful behavior?

c. Whether the complainant was discriminated against based on race (Black) and reprisal (prior EEO activity) when, on or about March 4, 2004, the Commissary Officer, Mr. John Blythe, Sr., disapproved her Request for Restoration of Annual Leave (96 hours)?

If you believe the issues in your complaint is not correctly defined, please notify me, in writing, within 5 calendar days after you receive this letter, and specify why you believe the issues are not correctly defined. If you fail to contact me, I will conclude you agree that the issues are properly defined.

By copy of this letter, the Area Representative, Office of Complaint Investigations (OCI)-Columbia, Civilian Personnel Management Service, Columbia, Maryland, is advised of the issues that have been accepted for processing, and is requested to assign an investigator. For purposes of coordinating the investigation, OCI may contact Ms. Tonimaria Byrd. She can be reached at DeCA/EA-EE, 5151 Bonney Road, Suite 201, Virginia Beach, Virginia 23462-4314; (757) 284-3099, e-mail: tonimaria.byrd@deca.mil.

53

GOVERNMENT EXHIBIT 16

33

An agency representative has not been assigned to your complaint; however, the Office of the General Counsel (GC), DeCA Headquarters, 1300 E Avenue, Fort Lee, Virginia 23801-1800, (804) 734-8046, is the point of contact regarding agency representation in this matter.

If you claim compensatory damages, you will need to provide objective evidence of compensatory damages and how they were caused by the alleged discrimination and/or reprisal.

Your complaint will be assigned to an investigator for formal investigation. Once your complaint is assigned, you and DeCA Eastern Region, Equal Employment Office, will be informed of the identity of the investigator and when the investigation is expected to begin. Your investigation should include the taking of testimony. DeCA's preferred method of investigation is by personal affidavit accomplished on-site. When the investigation is concluded, the investigative file will be forwarded to the Region Equal Employment Manager, DeCA/EA-EE, 5151 Bonney Road, Suite 201, Virginia Beach, Virginia, 23462-4314.

For your information, I have enclosed a copy of the EEO Counselor's report.

Patty C. Hill

Patricia C. Hill
Region Equal Employment Manager

Enclosure:
As stated

cc:
OCI, Columbia
GC, HQ

54