**DEFENSE COMMISSARY AGENCY**
DECA EAST
5151 BONNEY ROAD SUITE 201
VIRGINIA BEACH, VA 23462-4314

December 22, 2004

Ms. Rosezola Sellers
[redacted]

Dear Ms. Sellers:

This refers to your discrimination complaint, Agency Docket Number 04-EA-BJ-031 filed on April 16, 2004.

On December 17, 2004, the DeCA East, Virginia Beach EEO Office received your letter dated December 14, 2004, in which you alleged discrimination based on reprisal. In your letter you indicated that on Monday, December 6, 2004, you were handed a letter stating that your duty hours were changing from 6:00 a.m. - 2:30 p.m. to 10:00 a.m. - 6:30 p.m. Additionally, you indicated that your work assignments have been modified due to the change in your duty hours. You further highlighted that you were not given a reason for the changes, and you strongly feel these management actions were due to your on-going investigation.

In our telephone conversation conducted on Friday, December 17, 2004, you indicated that you desired to amend your complaint to include the issues outlined in your letter. Since regulations permit you to amend a pending EEO complaint prior to the agency's mailing of the Report of Investigation, I am amending your complaint to include the following issue:

Whether the complainant was discriminated against based on reprisal (prior EEO activity) when, on December 13, 2004 her duty hours and work assignments were abruptly changed with no explanation?

By copy of this letter, the Office of Complaint Investigations, Columbia, Maryland is advised of the amended issue in your complaint, and is requested to conduct an investigation into the amended issue.

56

GOVERNMENT EXHIBIT
1H

Should you have any questions regarding this matter, you may contact the undersigned at (757) 284-3098.

Patricia C. Hill
Equal Employment Manager

Copy to:
OCI-Columbia
General Counsel

57

RECEI...