12713
10 Jan 06

From: Equal Employment Opportunity Specialist, Human Resource Office, Groton
To: Rosezola Sellers, [redacted]

Subj: NOTICE OF AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

1. This is to notify you that you have the following rights and responsibilities regarding the processing of your complaint. It is important that you understand each of these as they may affect the way in which your complaint is processed. Please acknowledge these by placing your initials at the end of each paragraph.

2. **YOU HAVE THE RIGHT TO REMAIN ANONYMOUS DURING THE INFORMAL PROCESS.**

a. If you choose to remain anonymous, your anonymity is only protected during the informal stage of the complaint process.

b. If you file a formal complaint, your anonymity is no longer protected.

RS
(Initials)

3. **YOU HAVE THE RIGHT TO REPRESENTATION THROUGHOUT THE COMPLAINT PROCESS, INCLUDING THE RESPONSIBILITY TO NOTIFY THE COUNSELOR OR THE EQUAL EMPLOYMENT OPPORTUNITY OFFICER, IN WRITING, OF ANY REPRESENTATIVE OBTAINED. THE EEO COUNSELOR IS NOT AN ADVOCATE FOR EITHER THE AGGRIEVED PERSON OR THE AGENCY.**

a. If you obtain a representative, you must provide written notice of your representative's name, address, and telephone number. All official correspondence shall be with the representative with copies provided to you.

b. If you designate an attorney as your representative, service of documents and decisions shall be made on the attorney and the attorney shall compute timeframes for receipt of materials from the time of receipt.

c. You must serve all official correspondence on the designated representative of the agency.

RS
(Initials)

4. **YOU HAVE THE RIGHT TO CHOOSE BETWEEN ALTERNATIVE DISPUTE RESOLUTION (ADR) OR EEO COUNSELING, WHERE THE AGENCY AGREES TO OFFER ADR.**

34 (2)

GOVERNMENT EXHIBIT 1K

Subj: NOTICE OF AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

a. The ADR Program and the difference between it and traditional fact-finding have been explained to you.

LS Yes ____ No

b. You wish to use the ADR Program instead of EEO counseling for this complaint and you understand that no fact-finding will be provided if the complaint is not resolved.

____ Yes LS No.

LS (Initials)

**5. WHERE YOU AGREE TO PARTICIPATE IN AN ESTABLISHED ADR PROGRAM, THE WRITTEN NOTICE TERMINATING THE COUNSELING PERIOD WILL BE ISSUED UPON COMPLETION OF THE DISPUTE RESOLUTION PROCESS OR WITHIN NINETY (90) CALENDAR DAYS OF THE FIRST CONTACT WITH THE EEO COUNSELOR, WHICHEVER IS EARLIER.**

LS (Initials)

**6. YOU HAVE THE RIGHT TO FILE A FORMAL COMPLAINT, A CLASS COMPLAINT, AND/OR A CIVIL ACTION.**

a. You have 15 calendar days from receipt of the Notice of Final Interview to file a formal complaint.

b. Only the matter(s) raised during informal counseling or ADR (or issues like or related to issues raised during informal counseling) may be alleged in a subsequent complaint filed with the activity.

c. The issues in the formal complaint, which were discussed with an EEO counselor or in ADR, and the matter giving rise to the complaint, must be sufficiently precise to describe generally the action(s) or practice(s) that form the basis of the complaint.

LS (Initials)

**7. IN PRESENTING OR PROCESSING A DISCRIMINATION COMPLAINT, YOU WILL BE FREE FROM RESTRAINT, INTERFERENCE, COERCION, HARASSMENT, DISCRIMINATION, AND REPRISAL.**

LS (Initials)

**8. IF YOU ARE AN EMPLOYEE(S) COVERED BY A COLLECTIVE BARGAINING AGREEMENT THAT PERMITS ALLEGATIONS OF DISCRIMINATION TO BE RAISED IN A NEGOTIATED GRIEVANCE PROCEDURE:**

Subj: NOTICE OF AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

a. You have the right to file an EEO complaint or grievance and raise the matter of alleged employment discrimination under either 29 CFR 1614 or the negotiated grievance procedure, but not both.

b. If you file under 29 CFR Part 1614, you may not thereafter file a grievance on the same matter. An election to proceed under a negotiated grievance procedure is indicated by the filing of a timely written grievance.

c. If your collective bargaining agreement allows allegations of discrimination, you must raise these allegations in the grievance. You cannot later file a discrimination complaint on the same issue.

RS
(Initials)

**9. YOU HAVE THE DUTY TO MITIGATE DAMAGES.**

a. If you are an applicant who has been denied employment or an employee who has been terminated or removed from Federal Service, you have a responsibility to lessen the back pay liability by making reasonable efforts to seek suitable employment.

b. You may be required to show what efforts were made to secure substitute employment.

RS
(Initials)

**10. YOU HAVE THE RIGHT TO REQUEST A HEARING BEFORE AN EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) ADMINISTRATIVE JUDGE IN A NON-MIXED CASE, AFTER THE INVESTIGATION BY THE ACTIVITY.**

a. You have the right to a final agency decision.

b. You have 30 days after receipt of the investigative file to request a hearing before the Administrative Judge and you must notify the responding agency of your hearing request.

c. If the investigation is not completed and you have not agreed to extend the period of time to complete the investigation, you may request a hearing at any time after 180 days has elapsed from the filing of the complaint.

RS
(Initials)

**11. YOU HAVE A DUTY TO KEEP THE ACTIVITY AND COMMISSION INFORMED OF YOUR CURRENT ADDRESS AND TO SERVE COPIES OF HEARING REQUESTS AND APPEAL PAPERS ON THE ACTIVITY.**

Subj: NOTICE OF AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

a. It is your responsibility to keep your activity and/or office responsible for processing your complaint informed of any changes in your address or telephone number.

b. Your complaint may be dismissed if you cannot be located.

RS
(Initials)

**12. YOU HAVE THE RIGHT AS A PREVAILING PARTY TO RELIEF, INCLUDING A REQUEST FOR COMPENSATORY DAMAGES.**

a. If the final agency decision results in a finding of discrimination and/or reprisal, you are entitled to relief.

b. Relief may include back pay, retroactive personnel actions, expunging or correcting records, attorney's fees, compensatory damages, and any other equitable relief.

c. If you claim compensatory damages, you will need to provide objective evidence of compensatory damages and how they were caused by the alleged discrimination and/or reprisal.

RS
(Initials)

**13. HOW YOU MAY FILE MIXED CASE COMPLAINTS.**

a. If the subject of the action is appealable to the Merit Systems Protection Board (MSPB), you may file a complaint with the activity or an appeal with the MSPB, but not both.

b. Whichever is filed first will be considered an election to proceed in that forum. If you file a mixed case appeal with the MSPB instead of a mixed case complaint and the MSPB dismisses the appeal for jurisdictional reasons, you have the right to contact an EEO counselor within 45 days of receipt of the notice and to file an EEO complaint. The date on which you file your appeal with the MSPB will be deemed to be the date of the initial contact with the counselor. If you file a timely appeal with MSPB from the activity's processing of a mixed case complaint and the MSPB dismisses it for jurisdictional reasons, you may have the right to a hearing before an EEOC Administrative Judge.

RS
(Initials)

**14. HOW YOU MAY ALLEGE A VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA) (29 CFR 1614.201(a)).**

a. You have two separate ways to file a complaint based on age discrimination. You may file a civil action in an U.S.

Subj: NOTICE OF AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

District Court or you may file an administrative complaint with your activity.

b. If you file a civil action in an U.S. District Court under the ADEA against the Secretary of the Navy, you must give EEOC not less that 30 days' notice of the intent to file such an action.

c. The notice must be filed in writing with the EEOC within 180 days of the occurrence of the alleged unlawful practice. The notice must be submitted to:

Equal Employment Opportunity Commission
P. O. Box 19484
Washington, DC 20036

d. If you file an administrative complaint alleging age discrimination that is not a mixed case, you may not file with the U.S. District Court until:

(1) 180 days after the filing of an individual complaint if the agency has not issued a final agency decision and you have not filed an appeal to EEOC.

(2) After the issuance of a final agency decision if you have not filed an appeal to EEOC.

(3) After the issuance of a final agency decision by EEOC on an appeal or 180 days after the filing of an appeal if EEOC has not issued a final decision.

KS
(Initials)

**15. YOU HAVE THE RIGHT TO GO TO U.S. DISTRICT COURT 180 CALENDAR DAYS AFTER FILING A FORMAL COMPLAINT OR 180 DAYS AFTER FILING AN APPEAL.**

KS
(Initials)

**16. YOU HAVE THE RIGHT TO GO DIRECTLY TO U.S. DISTRICT COURT ON CLAIMS OF SEX-BASED WAGE DISCRIMINATION UNDER THE EQUAL PAY ACT EVEN THOUGH SUCH CLAIMS MAY BE RAISED UNDER TITLE VII.**

a. You may file a complaint of discrimination based on sex in the payment of wages under the administrative discrimination complaint process (Title VII).

b. You may go directly to U.S. District Court if you are alleging an Equal Pay Act violation, regardless of whether you have pursued any administrative complaint processing.

KS
(Initials)

Subj: NOTICE OF AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES

**17. YOUR REJECTION OF AN AGENCY'S OFFER OF RESOLUTION MADE PURSUANT TO 29 CFR 1614.109c MAY LIMIT THE AMOUNT OF ATTORNEY'S FEES OR COSTS YOU CAN RECOVER.**

RS
(Initials)

**18. IF YOU HAVE FILED TWO OR MORE COMPLAINTS, THE AGENCY MUST CONSOLIDATE THEM AFTER APPROPRIATE NOTICE TO YOU (29 CFR 1614.606). WHEN A COMPLAINT HAS BEEN CONSOLIDATED WITH ONE OR MORE EARLIER COMPLAINTS, THE AGENCY SHALL COMPLETE ITS INVESTIGATION WITHIN THE EARLIER OF 180 DAYS AFTER THE FILING OF THE LAST COMPLAINT OR 360 DAYS OF THE FILING OF THE FIRST COMPLAINT.**

RS
(Initials)

**19. IF YOU ARE ALLEGING A CLAIM OF SEXUAL HARASSMENT, YOU MAY ALSO FILE A CLAIM UNDER TITLE 10 SECTION 1651 WITH THE COMMAND THE PERSON IS ASSIGNED TO. THE COMMAND WILL COMMENCE AN INVESTIGATION WITHIN 72 HOURS OF YOUR NOTICE AND PROVIDE YOU A REPORT OF THEIR ACTIONS WITHIN 20 DAYS AFTER THE DATE ON WHICH THE INVESTIGATION IS COMMENCED AND EVERY FOURTEEN DAYS UNTIL THE COMPLAINT IS RESOLVED.**

a. If you decide to accept a resolution under this section, the decision is final with no right of appeal to the courts or award of damages.

b. If you decide to pursue a claim under this section, you understand that you may use both processes simultaneously, if you choose.

RS
(Initials)

Rosezola Sellers 10-1-06
Date

Thomas LaBelle
EEO Specialist

10 Jan 06
Date