**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ELNORA M. JACKSON**

I, ELNORA M. JACKSON, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am an Investigator with the Department of Defense Agencies Component, Investigations and Resolution Division, Civilian Personnel Management Service in Fort Washington, Maryland.

2. On January 16, 2007, I was assigned to investigate Rosezola Sellers' EEO complaint, relating to her removal from the Defense Commissary Agency ("DeCA") in December 2005. Ex. 4A-B. The case was reassigned to me due to the illness of the previous investigator, Vanessa Crocker. Ex. 4A.

3. By letter dated January 23, 2007, I requested a declaration from Ms. Sellers. Ex. 4B. I also included with that letter an interrogatory which posed some questions for that declaration. Ex. 4A-B.

GOVERNMENT EXHIBIT 4

4. I mailed the January 23, 2007, letter and interrogatory to Ms. Sellers by Federal Express

Case 1:05-cv-00381-S-DLM Document 23-20 (Participants only) Filed 08/31/2007 Page 2 of 15

Mail. Ex. 4C. The letter was received by Ms. Sellers on January 24, 2007. Ex. 4D.

5. I did not receive a declaration in response to my January 23, 2007, request from Ms. Sellers. Ex. 4A.

6. On May 15, 2007, I e-mailed Ms. Sellers' attorney, Patricia Andrews, requesting a declaration. Ex. 4E.

7. Ms. Andrews responded to my e-mail on May 15, 2007, stating, "Before doing so, I would appreciate receiving any documents and information you have received from the other side. Is that possible?" Ex. 4E.

8. I then e-mailed and faxed to her the managers' declarations that I received pertaining to her removal from DeCA in December 2005. Ex. 4E-F.

9. On May 17, 2007, after having sent the managers' declarations, I asked Ms. Andrews, by e-mail, when I could expect Ms. Sellers' declaration. Ex. 4F.

10. On May 17, 2007, Ms. Andrews responded to my e-mail, by stating, "I will let you know." Ex. 4F.

11. At no time did I ever receive a declaration from Ms. Sellers.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Aug 28, 2007
Dated

Elnora M. Jackson
Elnora M. Jackson

# INVESTIGATOR'S DECLARATION

I, ***Elnora M. Jackson,*** EEO Complaints Investigator, Investigations and Resolutions Division (IRD), assigned to investigate the complaint of ***Sellers, 06HQNW016,*** in accordance with 28 U.S.C. Section 1746, declare the following:

On January 16, 2007, because of illness, this case was reassigned from Investigator Vanessa Crocker to Investigator Elnora M. Jackson for completion:

On January 23, 2007, this investigator mailed an interrogatory to the Complainant for completion. It was not completed. Therefore, on May 15, 2007, this investigator requested assistance from the Complainant's representative, Patricia Andrews, in obtaining a declaration. Ms. Andrews requested a copy of all declarations from management and that was sent to her. On May 17, 2007, Ms. Andrews stated that she was not sure when the Complainant's declaration would be completed.

END OF STATEMENT

I, ***Elnora M. Jackson,*** declare under penalty of perjury, that the foregoing is true and correct.

Date: May 18, 2007__________ Signature: Elnora M. Jackson

2214

GOVERNMENT EXHIBIT 4A

**DEPARTMENT OF DEFENSE**
CIVILIAN PERSONNEL MANAGEMENT SERVICE
INVESTIGATIONS AND RESOLUTIONS DIVISION

January 23, 2007

MEMORANDUM FOR ROSEZOLA SELLERS
[redacted]

SUBJECT: Complaint of Rosezola Sellers
Agency Number 06HQNW016

I am assigned as the investigator for your EEO Complaint. The EEO Officer has identified you as a witness who can provide information related to the issue at hand – Removal from DeCa in December 2005.. Therefore, I ask that you participate in Investigation & Resolution Division (IRD)'s investigation, as a witness, by completing the questions posed in the attached Declaration. You may type your answers to each question using the electronic document (Declaration) attached in this message. Once you have completed the Declaration, please print it, initial each page in the space provided, number the pages, sign and date the final page. Then, return the completed Declaration to me not later than January 29, 2007. You may scan/upload/email it back to me at <elnora.jackson@cpms.osd.mil>, fax it to me at 202-478-0171, or mail it to me at the address below. Thank you for participating in the investigation.

If you have any questions, please feel free to contact me using the contact information above.

Elnora M Jackson

ELNORA M. JACKSON
INVESTIGATOR, DOD AGENCIES COMPONENT

Attachment:
Interrogatory

221c.

GOVERNMENT EXHIBIT 4B

**Declaration under Penalty of Perjury**

I, **(Witness' Full Name)**, in accordance with 28 U.S.C. Section 1746, make the following statement:

EFFECTS OF NONDISCLOSURE: *Military members and civilian employees of the Department of Defense (DoD) and its components and agencies are obligated to cooperate in official investigations and may be subjected to administrative action For Failing to do so. If I am not a military member or civilian employee of DoD, the disclosure of information by me is voluntary; however, my failure to respond will result in a recommended disposition of the case on the basis of information available. AUTHORITY: The authority to collect the information requested is derived From one or more of the following: Title 5, code of Federal Regulations, Sections 5.2 and 5.3; title 5, United States Code, Sections 1302, 1303, 1304, 3301, and 3302; Executive Order 114 78, as amended: Executive Order 10577; and 29 CRF 1614.*

*PURPOSE AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Department of Defense, to Federal intelligence agencies, or to others as may be published in the Federal Register.*

**Complainant's Name: Rosezola Sellers**

**Agency Docket No. 06-HQ-NW-016**

**ISSUE: Was the Complainant discriminated against based on her race (African American) and prior EEO activity when on December 5, 2005, she was removed from Federal service for failure to follow instructions, disruptive behavior and disrespectful conduct?**

Please enter your full name in the space provided at the top of the page and in the signature block below.

Q: What is your race?
**A:**

Q: What is your prior EEO activity? If you file a previous complaint, please give date, issue, EEO Office location, agency, principle witness, docket number, and disposition. Provide similar information if you were a witness or connected in some other way.
**A:**

Q: What is your position (title, pay plan, series and grade) and how long have you held this position?
**A:**

Q: Identify the organization in which you currently work, i.e. unit, branch, division and office names and duty location. (Please do not use "code" numbers or acronyms).

**A:**

Q: How long have you worked in your current organization?

**A:**

Q: Who are your current first-, second-, and third-level supervisors?

**A:**

Q: Tell me who was involved in the decision to remove you from Federal service? Please include name, position title, series and grade and race.

**A:**

Q: Who accused you of being disruptive? What were you accused of doing that was disruptive?

**A:**

Q: Were there any witnesses to the accusation(s)? If yes, please provide the name, position title, series, grade, and race of the witness (es).

**A:**

Q: Who accused you of failing to follow instructions? What were you accused of doing that was considered a failure to follow instructions?

**A:**

Q: Were there any witnesses to the accusation(s)? If yes, please provide the name, position title, series, grade, and race of the witness (es).

**A:**

Q: Who accused you of being disrespectful? What were you accused of doing that was considered disrespectful?

**A:**

Q: Were there any witnesses to the accusation(s)? If yes, please provide the name, position title, series, grade, and race of the witness (es).

**A:**

Q: Please explain in your own words the circumstances surrounding the following accusations:

Failure to follow instructions: **a. On or about 30 June 2005 re: complete a release**
**b. On or about 2 Sept 2005 re: witness statement**
**c. On or about 25 Sept 2005 re: medical documents**
**d. On or about 11 Oct 2005 re: stock new items**

Disrespectful Conduct: **a. On or about 1 June 2005 by commenting "why don't you follow me and take pictures".**
**b. On or about 11 Oct 2005 by stating "....Mary is just little Ms Innocent"**
**c. On or about 8 Sept 2005 by telling a coworker "You're so gay".**
**d. On or about 11 Oct 2005, loudly stated to second level supervisor "Do I look like a 2-year old; ...go ahead and write me up".**

Disruptive Behavior: **On or about 29 August 2005 blocking the passageway of a coworker in the Dairy Receiving Area.**

Q. What is the organization's policy on disruptive behavior? Please cite the regulation. What has been the practice?
A:

Q. What is the organization's policy on failure to follow instructions (insubordination)? Please cite the regulation. What has been the practice?

A:

Q. What is the organization's policy on disrespectful conduct? Please cite the regulation. What has been the practice?

A:

Q: Did management consider your race and/or and prior EEO activity when making the decision to remove you? If yes, please explain your answer.

**A:**

**Q.** Has management treated another employee more favorably than you? If yes, who. Provide name, position title, series, grade and race.

Q: Did management in any way related to the removal action discriminate against you based on your race and/or EEO activity? If yes. please explain?

**A:**

Q: Did you have any discussion with management official(s) involved concerning the action at issue? If yes, when did these discussions occur? With whom did these discussions occur? What was the substance of these discussions?

**A:**

Q: To your knowledge, did the management official(s) involved follow all appropriate regulatory guidelines and directives with respect to the removal action(s)? If not, please explain.

**A:**

Q:. What were these regulatory guidelines and directives with respect to the removal action?

**A:**

Q: Do you have any reason to believe that management official(s) involved discriminated against you? If yes, please explain.

**A:**

Q: Do you have anything else to add relevant to the accepted complaint?

**A:**

**END OF STATEMENT**

**I, (insert name),** declare (certify, verify, or state) under penalty of perjury, that the foregoing is true and correct.

____________________________________ _______________

(Declarant's Signature) (Date)


**Declarant's** Initials_____

EQ 785812885 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE • Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 20744 | Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $14.40 |
| Date Accepted: 1 23 07 (Mo. Day Year) | Scheduled Date of Delivery: Month 1 Day 24 | Return Receipt Fee: $ |
| Time Accepted: 4:58 ☐ AM ☒ PM | Scheduled Time of Delivery: ☐ Noon ☒ 3 PM | COD Fee: $ Insurance Fee: $ |
| | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $14.40 |
| Flat Rate ☐ or Weight: 22 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials: [illegible] |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |
| Delivery Date: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( ) 301-741-8980

Elnora M. Jackson
11901 Hickory Drive
Ft Wash, Md 20744

FORT WASHINGTON MD P.O. JAN 23 2007

TO: (PLEASE PRINT) PHONE ( ) Interrogatory Request

[illegible] Sellers

[redacted]

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
02842 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS



GOVERNMENT EXHIBIT 4C

GOVERNMENT EXHIBIT 4D

UNITED STATES POSTAL SERVICE®

Home | ...

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ78 5812 885U S**
Status:

Your item was delivered at 12:15 pm on January 24, 2007 in MIDDLETOWN, RI 02842. The item was signed for by R SELLERS.

Additional information for this item is stored in files offline.

Restore Offline Details > ? Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >



Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**UNITED STATES POSTAL SERVICE.**

Date: 08/28/2007

Elnora Jackson:

The following is in response to your 08/28/2007 request for delivery information on your Express Mail item number EQ78 5812 885U S. The delivery record shows that this item was delivered on 01/24/2007 at 12:15 PM in MIDDLETOWN, RI 02842 to R SELLERS. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: R. Sellers

Address of Recipient: [redacted]

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**Jackson, Elnora M., , CPMS**

**From:** Jackson, Elnora M., , CPMS
**Sent:** Tuesday, May 15, 2007 10:00 AM
**To:** 'Pat Andrews'
**Subject:** RE: Sellers' Investigation

Great! Can do. I will send it to you in about 20 minutes.

ELNORA M. JACKSON
INVESTIGATOR, DOD AGENCIES COMPONENT
INVESTIGATIONS AND RESOLUTION DIVISION
CIVILIAN PERSONNEL MANAGEMENT SERVICE
TELEPHONE: 703-489-4245
FAX: 202-478-0171
11901 HICKORY DRIVE
FORT WASHINGTON, MD 20744
<elnora.jackson@cpms.osd.mil>

-----Original Message-----
From: Pat Andrews [mailto:peandrews@verizon.net]
Sent: Tuesday, May 15, 2007 9:58 AM
To: 'Jackson, Elnora M., , CPMS'
Subject: RE: Sellers' Investigation

Before doing so, I would appreciate receiving any documents and information you have received from the other side. Is that possible?

pat

---

From: Jackson, Elnora M., , CPMS [mailto:elnora.jackson@cpms.osd.mil]
Sent: Tuesday, May 15, 2007 8:46 AM
To: 'Pat Andrews'
Subject: Re: Sellers' Investigation

Ms. Andrews,

Please have Ms. Sellers respond to the attached interrogatory. Hopefully, she can complete it by cob Thursday, May 17, 2007. I thought I had sent this

out to you when I was first assigned to the case. But I don't have a record of sending it or receiving it back. I have since cleaned up my email site, so I could not verify whether this had been previously sent to you.

I appreciate your assistance with this.

53A

ELNORA M. JACKSON

INVESTIGATOR, DOD AGENCIES COMPONENT

INVESTIGATIONS AND RESOLUTION DIVISION



GOVERNMENT EXHIBIT 4E

CIVILIAN PERSONNEL MANAGEMENT SERVICE

TELEPHONE: 703-489-4245

FAX: 202-478-0171

11901 HICKORY DRIVE

FORT WASHINGTON, MD 20744

<elnora.jackson@cpms.osd.mil>

536

**Jackson, Elnora M., , CPMS**

| | |
|---|---|
| **From:** | Pat Andrews [peandrews@verizon.net] |
| **Sent:** | Thursday, May 17, 2007 9:34 AM |
| **To:** | 'Jackson, Elnora M., , CPMS' |
| **Subject:** | RE: Gibson's Declaration |

Thank you. I will let you know.

Pat

---

From: Jackson, Elnora M., , CPMS [mailto:elnora.jackson@cpms.osd.mil]
Sent: Thursday, May 17, 2007 9:02 AM
To: 'Pat Andrews'
Subject: Re: Gibson's Declaration

Ms. Andrews,

I split up the testimony and hopefully you will receive this. You should now have all of the managers' statements.

Please let me know when I can expect the Complainant's Declaration/Rebuttal.

Have a great day.

ELNORA M. JACKSON

INVESTIGATOR, DOD AGENCIES COMPONENT

INVESTIGATIONS AND RESOLUTION DIVISION

CIVILIAN PERSONNEL MANAGEMENT SERVICE

TELEPHONE: 703-489-4245

FAX: 202-478-0171

11901 HICKORY DRIVE

FORT WASHINGTON, MD 20744

<elnora.jackson@cpms.osd.mil>

221f

GOVERNMENT EXHIBIT 4F