**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**DEFENDANTS' MOTION TO AMEND PRETRIAL ORDER**

Defendants respectfully request that the Pretrial Order be amended to extend the dispositive motion deadline date from September 15, 2007, to three weeks after the date that this Court rules on Plaintiff's Amended Motion to Amend the Complaint. Plaintiff has no objection to Defendant's Motion to Amend the Pretrial Order to extend the dispositive motion deadline date.

In light of Plaintiff's recently filed Amended Motion to Amend Complaint, Plaintiff's Motion to Compel More Responsive Answers to Document Requests, and Plaintiff's Motion to Compel More Responsive Answers to Interrogatories, and the fact that the undersigned is still waiting for the transcripts for four depositions to be reviewed by witnesses before they are finalized, an extension of time to file dispositive motions is warranted.

Accordingly, counsel for Defendants, with the consent of Plaintiff's counsel, respectfully requests that the time for filing dispositive motions be extended to three weeks after the date that this Court rules on Plaintiff's Amended Motion to Amend the Complaint.[1]

[1] Defendants note that the Pretrial Memoranda deadline is currently October 15, 2007, and thus, may also need to be adjusted to correspond to the dispositive motion deadline.

WHEREFORE, Defendant respectfully requests that the Pretrial Order be amended as requested herein.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 7th day of September, 2007, I caused to be electronically filed the within Defendants' Motion to Amend Pretrial Order, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email:* ly.nguyen@usdoj.gov