**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**DEFENDANTS' MOTION FOR LEAVE TO ATTACH EXHIBITS TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES AND DOCUMENT REQUESTS**

COMES NOW, Defendants, United States Department of Defense and Robert M. Gates, Secretary of the Department of Defense, and submits Defendants' Motion for Leave to Attach Exhibits to Defendants' Response in Opposition to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories and Document Requests.

Due to problems with the scanning equipment at the United States Attorney's Office, undersigned counsel was unable to scan the exhibits[1] that were attached to Defendants' Response in Opposition to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories and Document Requests that was e-filed on September 10, 2007. The undersigned has been advised that at least one of the scanners is now working.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion

[1] These exhibits were referenced by number in Defendants' Response in Opposition to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories and Document Requests and are attached herein as Exhibits 1-15.

for Leave to Attach Exhibits to Defendants' Response in Opposition to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories and Document Requests and attach Exhibits 1-15 to Defendants' Response as requested herein.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 11th day of September, 2007, I caused to be electronically filed the within Defendants' Motion for Leave to Attach Exhibits to Defendants' Response in Opposition to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories and Document Requests , with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov