**Nguyen, Ly (USARI)**

**From:** Pat Andrews [peandrews@verizon.net]
**Sent:** Monday, June 25, 2007 1:51 PM
**To:** Nguyen, Ly (USARI)
**Subject:** RE: Sellers case

Ly:

I would like to schedule the depositions of Blythe and Gibson. I am on vacation the week of July 16th but an generally available other than that. I would also like to finish the depositions of Mary Bucolo and William McCollum the week of July 9. I will be sending some notices to you.

There are several other depositions I want to take and will send you information later today.

I would appreciate hearing from you asap. If not, I will send out the deposition notices.

Pat

---

**From:** Nguyen, Ly (USARI) [mailto:Ly.Nguyen@usdoj.gov]
**Sent:** Thursday, June 07, 2007 9:00 AM
**To:** Pat Andrews
**Subject:** Sellers case

Pat,

Per our conversation on June 1, 2007, please send me an e-mail of the employees you still seek to depose and the dates that you were looking to depose them. If you wish to continue the depositions of Mary Bucolo and William McCollum, please let me know when you would like to depose them and how much time you anticipate these depositions will last, as they have been deposed already once before. We can begin the depositions at 8:00 a.m. to allow you ample time to depose the witnesses. I note that if you wish to depose John Blythe or Mary Gibson, they live out of state, and sufficient time will be needed to make travel arrangements for them as well as personal arrangements (e.g., if they have children).

I would also like to depose Ms. Sellers on July 24, 2007, July 26, 2007, or July 27, 2007. Please let me know your and Ms. Sellers's availability for these dates. If I do not hear from you by June 15, 2007, I will notice the deposition.

With regard to any interrogatory or supoena response that you feel is deficient, I have not heard back from you regarding what specific interrogatory or specific subpoena response you feel is deficient since our conversation on June 1, 2007, and why you feel it is deficient. I note that the discovery responses were hand-delivered to you on April 11, 2007. As was stated in the interrogatory response and subpoena, the requests were among other things, overly broad and requested information that is not the subject of the amended complaint. If you can specifically identify what response you believe is inadequate and why you believe it is inadequate, we can work to resolve this matter.

Thanks,
Ly



GOVERNMENT EXHIBIT 5