UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND COURT

ROSEZOLA SELLERS :
:
VS : C.A. No. 05-3815
: Volume I
UNITED STATES DEPARTMENT :
OF DEFENSE AND SECRETARY :
OF THE UNITED STATES :
DEPARTMENT OF DEFENSE, :
DONALD RUMSFELD :

DEPOSITION of ROSEZOLA SELLERS, a Plaintiff in the above-entitled cause, taken on behalf of the Defendants, before Barbara M. Montijo, RPR, Commissioner in and for the State of Rhode Island, at the offices of U.S. Department of Justice, United States Attorneys' Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island, on August 7, 2007, scheduled at 8:30 a.m.

PRESENT:

FOR THE PLAINTIFF...LAW OFFICE OF PATRICIA E. ANDREWS
BY: PATRICIA E. ANDREWS, ESQUIRE
LOUISE A. HERMAN, ESQUIRE

FOR THE DEFENDANTS..UNITED STATES DEPARTMENT OF JUSTICE
BY: LY T. NGUYEN, ESQUIRE

ALSO PRESENT:

DULCE DONOVAN, ESQUIRE
BRADLEY HANSEN, ESQUIRE (Via telephone)
DAVID ENGLAND, ESQUIRE (Via telephone)

GOVERNMENT EXHIBIT 7

Vivian Dafoulas & Associates
50 Fieldstone Drive
East Greenwich, RI 02818
(401) 885-0992

where did you work?
A. The Navy Exchange.
Q. Where was that located?
A. On the Navy Base in Newport.
Q. And prior to that where did you work?
A. In Boston. I think it was the United States Trust Company in Boston.
Q. How long did you work there for?
A. Maybe a couple of years.
Q. Did you ever work for the Commissary in New London?
A. Yes, I did.
Q. When was that?
A. I was in the Commissary in Newport. I transferred to Groton, Connecticut, and then back to Newport. The year, I want to think that was '90 -- I don't know. Maybe '93. I'm not sure.
Q. '93 that you --
A. I'm not exactly sure.
Q. -- worked in Groton, or you transferred?
A. I'm not exactly sure when the transfer took place, but I was there for about two years in Groton.
Q. When did you work for the Boston U.S. Trust