UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROSEZOLA SELLERS :
:
VS. : C.A. NO. 05-381S
:
UNITED STATES DEPARTMENT OF :
DEFENSE, et al. :

DEPOSITION OF JOHN BLYTHE, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Carole J. Ogden, Registered Professional Reporter, a Notary Public in and for the State of Rhode Island, at the Law Office of Patricia E. Andrews, 129 Dyer Street, Providence, Rhode Island, 02903, on July 27, 2007 at 10:00 a.m.

APPEARANCES:

FOR THE PLAINTIFF.... LAW OFFICE OF PATRICIA E. ANDREWS
129 DYER STREET
PROVIDENCE, RHODE ISLAND 02903
BY: PATRICIA E. ANDREWS, ESQUIRE

FOR THE DEFENDANTS... UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
50 KENNEDY PLAZA
PROVIDENCE, RHODE ISLAND 02903
BY: LY T. NGUYEN, ESQUIRE
RICHARD MYRUS, ESQUIRE

ALSO PRESENT......... ROSEZOLA SELLERS

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920

GOVERNMENT EXHIBIT 10

MS. NGUYEN: If you want to spend time making a speech, then go ahead.

MS. ANDREWS: Please do not interrupt me. A series of documents in response to a subpoena issued to Local 190. What number is this?

THE REPORTER: 9.

MS. NGUYEN: Objection again as to the characterization of the document which no witness has testified to.

MS. ANDREWS: Now that's appropriate. That time it's appropriate.

(PLAINTIFF'S EXHIBIT 9 MARKED FOR IDENTIFICATION)

Q. Feel free to look at just about everything, but at least for now I'm going to be asking you about the one, two, three, four -- fourth page, and I am going to represent to you that these are documents that were produced by the Union in response to a subpoena.

MS. NGUYEN: I would also note for the record that we have not received any of these documents, and we've requested them.

MS. ANDREWS: I believe you have.

MS. NGUYEN: Not in our discovery request. We have not received a response to our recent discovery request one way or the other.

MS. ANDREWS: Again, I haven't

received anything from you either.

MS. NGUYEN: We did provide you a response four months ago.

MS. ANDREWS: Yes. I got objections. I get nothing.

MS. NGUYEN: What page are you referring to?

MS. ANDREWS: Could you read -- tell me.

(PORTION OF LAST QUESTION READ BACK)

MS. NGUYEN: I would note that the pages are not numbered in this large document. Why are we wasting our time with another charge that is filed in another forum?

MS. ANDREWS: Maybe because it says that he threatened to get rid of Rose.

A. Where did I say that?

Q. Look at Charge Number 0073.

MS. NGUYEN: What page are you referring to?

A. Right here? This here?

Q. 0073. Read that right there. I'll read it to you. Under the -- this is an Unfair Labor Practice Charge Number BNCA.

A. You don't -- I'm not -- you don't have to read it