DE... SE COMMISSARY AGENCY
**DISCRIMINATION COMPLAINT**

UIC

...R AGENCY USE
104·EA·BJ ·I

**PRIVACY ACT STATEMENT**

**Authority:** Title VII, United States Code. Privacy Act of 1974 (5USC 552a). **Purpose:** To collect information to permit pro... a formal discrimination complaint. **Use:** The information on this form may be used (a) in the processing and adjudicat... Complaint and any appeal concerning the complaint and (b) as a data source for production of summary descriptive stat... analytical studies of complaint processing and resolution efforts. **Disclosure:** Voluntary; however, failure to provide information may lead to a delay in processing or to a dismissal of this complaint.

**1. COMPLAINANT'S FULL NAME** *(Last, First, MI)*
SEllERS Rosezola

**COMPLAINANT'S SSN**
[redacted]

**2. TITLE, SERIES & GRADE OF ...**
GS-5

**3. HOME ADDRESS**
Street [redacted]
City
State [redacted]
Zip Code [redacted]

**5. WORK ADDRESS**
Street Whipple Street
City New Port
State RI
Zip Code

**4. HOME PHONE**

**6. WORK PHONE**
401-841-2111

**7. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU AND THEIR ORGANIZATIONAL UNIT**

| NAME | TITLE | ORGANIZATIONAL UNIT |
|---|---|---|
| John Blythe | Director | Commissi... |
| Steven Furtado, | Store Administrator | " |
| Mary Gibson, | Grocery Manager | " |

**8. DATE OF MOST RECENT ALLEGED DISCRIMINATORY INCIDENT FOR WHICH YOU SOUGHT COUNSELING** *(MM-DD-YYYY)*
2·25·04

**9. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** *(treated differently from other employees or applicants). (For each al... identified in 10, below, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. If you r... space, continue on another sheet of paper.)*

paper enclosed

GOVERNMENT EXHIBIT 6

**10. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** *(Check all that apply)*

- [X] **a. RACE** *(if so, state your race)*
- [ ] **b. COLOR** *(if so, state your color)*
- [ ] **c. RELIGION** *(if so, state your religion)*
- [ ] **d. NATIONAL ORIGIN** *(if so, state your national origin)*
- [ ] **e. SEX** *(if so, state your sex)*
- [ ] **f. AGE** *(if so, state your age)*
- [ ] **g. HANDICAP** *(if so, state whether mental or physical)*
- [ ] **h. SEXUAL HARASSMENT** *(if so, state your sex and the sex of the person you believe harassed you)*
- [ ] **i. REPRISAL** *(if so, state nature of involvement in prior EEO activity)*

**11. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR.** [X] YES [ ] NO

**12. COUNSELOR**

**13. DATE NOTICE OF FINAL IN... RECEIVED**
4·8·04

**14. STATE ACTION YOU ARE SEEKING TO RESOLVE YOUR COMPLAINT**
I do not want letter put in my file Return hour...

**15. NAME AND ADDRESS OF YOUR REPRESENTATIVE** *(if any)*
EEO Counselor Human Resources, Groton

**16. REPRESENTATIVE'S PHO...**

**17. COMPLAINANT'S SIGNATURE**
Rosezola Sellers

**18. DATE OF THIS COMPL...** *(MM-DD-YYYY)*
4·14·

This form was electronically designed by DeCA/SAAF usa

DeCA Form 55-1, May 1998

PM

March 10, 2004

Mary Gibson
It disturbs me to have to respond to the letter of Reprimand you gave me on 2 25 04.
Nothing that was written in the letter was true as far as the way things happened. It is true that you wanted me to stock, but the way you did it was. As you was walking past down the isle you pointed back at me and said "I want you to go to Chill/frozen to stock". I said what. You then turned to me and said "I need you to go to Chill/frozen to stock". I said "Mary I'm not dressed to work over their. And I'm still having problem with my hand". (that I hurt in the store.)
The conversation was not loud the only person that was being disrespectful was you to me.

I said to you, "I just 2 wearing my brace on my hand and I was not doing any heavy lifting". You said to me like I was a 2 year old, if you are not over in Chill frozen by 10:30 you will face the consequences". that made me angry, and I said to you "If im going to face consequences, I'll start right now".

September 7, 2003 I started the CAO job, even though you told me I was only detailed. I'm enclosing my job discription.

I have no problem stacking the shelf. I'll do it all day if need be. I'm getting paid to do CAO and would like to do it.

there was no reason for you to lie on me. It just shows me you lack integrity! It states in the letter what kind of Corrective action Im going to take, None!

4

7-6 04

Sir

I would like to give you names of people of Color. Mary Gibson treated them the same way she did me

Charlie Cloud
John Spencer
Stephanie Lopez
thelma Eden.

I'm hoping you can use these names so you can see it's wrong the way how Mary Gibson is allowed to treat people. they are all at the Newport Commissary

5 [signature]

Grievance # 04EAB-1031

RECEIVED JUL 12 2004

DEFENSE COMMISSARY AGENCY
EASTERN REGION
5151 BONNEY ROAD SUITE 201
VIRGINIA BEACH, VA 23462-4314

June 22, 2004

Ms. Rosezola Sellers
[redacted]

Dear Ms. Sellers:

This refers to your discrimination complaint, Agency Docket Number 04-EA-BJ-031, filed on April 16, 2004.

Based on my review of your discrimination complaint. the EEO Counselor's report, and in accordance with Title 29 Code of Federal Regulations (CFR) Part 1614, I have defined the following issues in your complaint:

a. Whether the complainant was discriminated against based on race (Black) and reprisal (prior EEO activity) when, from July 14, 2003 to November 4, 2003, the Commissary Officer, Mr. John Blythe, Sr., denied her requests for annual leave on the following dates: August 7, 8, 28, 29, and 31, 2003 (40 hours) and November 14, 15, and 18-22, 2003 (56 hours)?

b. Whether the complainant was discriminated against based on race (Black) and reprisal (prior EEO activity) when, on February 25, 2004, her supervisor, Ms. Mary Gibson, issued her a Letter of Reprimand for failure to follow instructions and disrespectful behavior?

c. Whether the complainant was discriminated against based on race (Black) and reprisal (prior EEO activity) when, on or about March 4, 2004, the Commissary Officer, Mr. John Blythe, Sr., disapproved her Request for Restoration of Annual Leave (96 hours)?

If you believe the issues in your complaint is not correctly defined, please notify me, in writing, within 5 calendar days after you receive this letter, and specify why you believe the issues are not correctly defined. If you fail to contact me, I will conclude you agree that the issues are properly defined.

By copy of this letter, the Area Representative, Office of Complaint Investigations (OCI)-Columbia, Civilian Personnel Management Service, Columbia, Maryland, is advised of the issues that have been accepted for processing, and is requested to assign an investigator. For purposes of coordinating the investigation, OCI may contact Ms. Tonimaria Byrd. She can be reached at DeCA/EA-EE, 5151 Bonney Road, Suite 201, Virginia Beach, Virginia 23462-4314; (757) 284-3099, e-mail: tonimaria.byrd@deca.mil.

33

An agency representative has not been assigned to your complaint; however, the Office of the General Counsel (GC), DeCA Headquarters, 1300 E Avenue, Fort Lee, Virginia 23801-1800, (804) 734-8046, is the point of contact regarding agency representation in this matter.

If you claim compensatory damages, you will need to provide objective evidence of compensatory damages and how they were caused by the alleged discrimination and/or reprisal.

Your complaint will be assigned to an investigator for formal investigation. Once your complaint is assigned, you and DeCA Eastern Region, Equal Employment Office, will be informed of the identity of the investigator and when the investigation is expected to begin. Your investigation should include the taking of testimony. DeCA's preferred method of investigation is by personal affidavit accomplished on-site. When the investigation is concluded, the investigative file will be forwarded to the Region Equal Employment Manager, DeCA/EA-EE, 5151 Bonney Road, Suite 201, Virginia Beach, Virginia, 23462-4314.

For your information, I have enclosed a copy of the EEO Counselor's report.

Patricia C. Hill
Region Equal Employment Manager

Enclosure:
As stated

cc:
OCI, Columbia
GC, HQ

54

DEFENSE COMMISSARY AGENCY
DECA EAST
5151 BONNEY ROAD SUITE 201
VIRGINIA BEACH, VA 23462-4314

December 22, 2004

Ms. Rosezola Sellers
[redacted]

Dear Ms. Sellers:

This refers to your discrimination complaint, Agency Docket Number 04-EA-BJ-031 filed on April 16, 2004.

On December 17, 2004, the DeCA East, Virginia Beach EEO Office received your letter dated December 14, 2004, in which you alleged discrimination based on reprisal. In your letter you indicated that on Monday, December 6, 2004, you were handed a letter stating that your duty hours were changing from 6:00 a.m. - 2:30 p.m. to 10:00 a.m. - 6:30 p.m. Additionally, you indicated that your work assignments have been modified due to the change in your duty hours. You further highlighted that you were not given a reason for the changes, and you strongly feel these management actions were due to your on-going investigation.

In our telephone conversation conducted on Friday, December 17, 2004, you indicated that you desired to amend your complaint to include the issues outlined in your letter. Since regulations permit you to amend a pending EEO complaint prior to the agency's mailing of the Report of Investigation, I am amending your complaint to include the following issue:

Whether the complainant was discriminated against based on reprisal (prior EEO activity) when, on December 13, 2004 her duty hours and work assignments were abruptly changed with no explanation?

By copy of this letter, the Office of Complaint Investigations, Columbia, Maryland is advised of the amended issue in your complaint, and is requested to conduct an investigation into the amended issue.

56

Should you have any questions regarding this matter, you may contact the undersigned at (757) 284-3098.

Patricia C. Hill
Equal Employment Manager

Copy to:
OCI-Columbia
General Counsel

57

RECEI...