UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROSEZOLA SELLERS,
Plaintiff,

v. C. A. No. 05-381S

UNITED STATES DEPARTMENT
OF DEFENSE AND ROBERT M. GATES,
SECRETARY OF THE DEPARTMENT
OF DEFENSE,
Defendants.

**APPENDIX OF EXHIBITS AND EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit # | Description |
|---|---|
| 1 | Declaration of Camillo DeSantis dated November 30, 2007 |
| 1a | Rosezola Sellers' Personnel File Folder (Selected Documents) |
| 1b | Report of Investigation dated March 18, 2005 (Selected Documents) |
| 1c | Rosezola Sellers' 2003 Leave Audit |
| 1d | Training Plan for Computer Assisted Ordering (CAO) |
| 1e | Decision on Proposed Suspension dated April 11, 2005 |
| 1f | Notice of Proposed Suspension dated February 7, 2005 |
| 1g | Grievance Relating to Suspension Decision |
| 1h | Documents Concerning Suspension Sent to Rosezola Sellers on February 15, 2005 |
| 1i | Rosezola Sellers Application for Leave dated October 15, 2003 |
| ij | Rosezola Sellers Request for Leave dated November 25, 2003 |
| 2 | Deposition Transcript of Rosezola Sellers, Volume I, August 7, 2007 |
| 3 | Declaration of John Blythe dated November 30, 2007 |

| Exhibit # | Description |
|---|---|
| 3a | E-mail Correspondence Between John Blythe and Richard Cook dated December 2004 |
| 4 | Declaration of Stephen Furtado dated November 29, 2007 |
| 4a | Rosezola Sellers' Application for Sick Leave in November |
| 4b | Memorandum for Record by Stephen Furtado dated July 13, 2003 |
| 4c | Second Memorandum for Record by Stephen Furtado dated July 13, 2003 |
| 4d | Memorandum for Record by Stephen Furtado dated July 15, 2003 |
| 4e | Memorandum for Rose Sellers dated July 15, 2003 |
| 5 | Declaration of Stephen Furtado dated December 1, 2004 |
| 6 | Rosezola Sellers's EEO Complaint dated May 7, 2001 |
| 7 | EEOC Administrative Judge's Decision Without a Hearing dated May 21, 2003 |
| 8 | Declaration of Raymond Andrade dated August 31, 2007 |
| 9 | Declaration of Mary Bucolo dated November 29, 2007 |
| 10 | Deposition Transcript of Mary Bucolo dated March 5, 2007 (Excerpts) |
| 11 | Affidavit of John Blythe dated November 7, 2001 |
| 12 | EEO Complaint dated April 14, 2004 |
| 13 | Deposition Transcript of John Blythe dated July 27, 2007 (Excerpts) |
| 14 | Declaration of Rosezola Sellers dated December 10, 2004 |
| 15 | Master Labor Agreement between the Defense Commissary Agency and the American Federation of Government Employees dated November 29, 2003 (Excerpts) |
| 16 | Deposition Transcript of Stephen Furtado dated July 31, 2007 (Excerpts) |
| 17 | Declaration of Stephen Furtado dated December 1, 2004 |
| 18 | Declaration of Mary Gibson dated December 1, 2004 |
| 19 | Declaration of Mary Gibson dated February 18, 2006 |
| 20 | Declaration of Mary Gibson dated November 30, 2007 |

| Exhibit # | Description |
|---|---|
| 21 | Deposition Transcript of Mary Gibson dated July 25, 2007 |
| 22 | Hearing Transcript of United States Department of Labor, Office of Workers' Compensation Programs dated March 15, 2005 |
| 23 | Letter to Mary Gibson from Rosezola Sellers dated March 10, 2004 |
| 24 | Declaration of John Blythe dated February 16, 2005 |
| 25 | Rosezola Sellers Civilian Performance Plan |
| 26 | *Liggett v. Rumsfeld*, No. Civ. A. 04-1363, 2005 WL 2099782 (E.D. Va. Aug. 29, 2005) |
| 27 | *O'Dwyer v. Snow*, No. 00CIV8918, 2004 WL 444534, (S.D.N.Y. March 10, 2004 |
| 28 | *Redmon v. Mineta*, No. 06-5272, 2007 WL 1837134 (6th Cir. June 25, 2007) |
| 29 | Deposition Transcript I of William McCollum dated March 7, 2007 |
| 30 | Deposition Transcript II of William McCollum dated August 3, 2007 |
| 31 | Rosezola Sellers' Interrogatory Responses |
| 32 | Declaration of William McCollum dated November 30, 2007 |
| 33 | *Pitchford v. Potter*, No. 3:03CV00374, 2007 WL 1020467 (E.D. Ark. March 30, 2007) |
| 34 | *Mihalko v. Potter*, Civil Action No. 00-2076, 2003 WL 23319594 (W.D. Pa. 2003) |
| 35 | Rosezola Sellers' Mid-Year Review dated March 17, 2005 |
| 36 | Rosezola Sellers' Civilian Performance Rating from July 1, 2004, to June 30, 2005 |
| 37 | *Martin v. Enterprise Rent-a-Car*, No. CIV. A. 00-CV-6029, 2003 WL 187432 (E.D. Pa. Jan. 15, 2003 |
| 38 | H.R. Rep. No. 93-456 (1973) |

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen

LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 30th day of November, 2007, I caused to be electronically filed the within Appendix of Exhibits in Support of Defendants' Motion for Summary Judgment and with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov