**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND CORRECTED STATEMENT OF FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

COMES NOW, Defendants, United States Department of Defense and Robert M. Gates, Secretary of the Department of Defense, through undersigned counsel, and submit this Motion to File Corrected Memorandum in Support of Their Motion For Summary Judgment and Corrected Statement of Facts As To Which There Is No Genuine Dispute. Defendants' Motion for Summary Judgment and Memorandum In Support of Their Motion for Summary Judgment and Defendants' Statement of Facts As To Which There Is No Genuine Dispute were filed on November 30, 2007. On December 3, 2007, Defendants noticed errors in citations in their Memorandum In Support of Their Motion for Summary Judgment and Statement of Facts As to Which There is No Genuine Dispute. On December 3, 2007, Defendants contacted Plaintiff's counsel who stated that she does not object to this motion to file a corrected memorandum and a corrected statement of facts as to which there is no genuine dispute.

Accordingly, Defendants' respectfully request that the Court grant its Motion For Leave to File Corrected Memorandum in Support of Their Motion For Summary Judgment and

Corrected Statement of Facts As to Which There is No Genuine Dispute. Defendants' Corrected Memorandum in Support of Their Motion For Summary Judgment is attached as Exhibit A, and Defendants' Corrected Statement of Facts As To Which There Is No Genuine Dispute is attached as Exhibit B.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 4th day of December, 2007, I caused to be electronically filed the within Defendants' Motion for Leave to File Corrected Memorandum in Support of Their Motion for Summary Judgment and Corrected Statement of Facts As to Which There Is No Genuine Dispute and the attached exhibits, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov