UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ROSEZOLA SELLERS,**

**Plaintiff**

**v.** **C.A. No. 05-381S**

**UNITED STATES DEPARTMENT OF DEFENSE, et al.,**

**Defendants**

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DEADLINE FOR OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff in the above-captioned matter hereby moves to have the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment, currently set for December 17, 2007, extended up to and including January 18, 2007.

As grounds for this motion, Plaintiff states that after the initial filing date of Defendants' Motion for Summary Judgment on November 30, 2007, a Corrected Motion for Summary Judgment was filed on December 4, 2007. In addition, on December 4, Defendant's attorney requested a conference as required by the Court's PreTrial Order. Finally, Plaintiff requests that her time to respond be extended because she requires additional time.

Plaintiff has conferred with Defendants regarding this extension and Defendants have agreed to it.

WHEREFORE, Plaintiff respectfully requests that the deadline for Plaintiff's Response to Defendants' Motion for Summary Judgment be extended up to and including January 31, 2007.

Respectfully submitted,

PLAINTIFF,
by her attorneys,

/s/ Patricia E. Andrews
Patricia E. Andrews, #4321
129 Dyer Street
Providence, RI 02903
(401) 421-0966

Dated December 11, 2007