UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ROSEZOLA SELLERS,** | |
| **Plaintiff** | |
| **v.** | **C.A. No. 05-381S** |
| **UNITED STATES DEPARTMENT OF DEFENSE, et al.,** | |
| **Defendants** | |

**<u>PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff in the above-captioned matter hereby moves to have the deadline for Plaintiff's objection to Defendants' Motion for Summary Judgment, currently set for January 18, 2008, extended up to and including January 28, 2008.

The grounds for this extension are as follows. First, there has been a death in counsel's husband's family which will require the undersigned to attend funeral services on January 17, 2008. Second, the time is necessary because the undersigned, her family and even office staff have been sick with severe colds for the past three weeks. This has interfered with the ability of the undersigned to devote the necessary time to prepare the objection. Third, the issues raised in Defendants' Motion for Summary Judgment are complex.

Plaintiff has conferred with Defendants regarding this extension and Defendants have agreed to it.

WHEREFORE, Plaintiff respectfully requests that the deadline for Plaintiff's Response to Defendants' Motion for Summary Judgment be extended up to and including January 28, 2008.

Respectfully submitted,

PLAINTIFF,
by her attorneys,

/s/ Patricia E. Andrews
Patricia E. Andrews, #4321
129 Dyer Street
Providence, RI 02903
(401) 421-0966

Dated January 10, 2008

**CERTIFICATION**

I hereby certify that on the 10th day of January, 2008, I electronically filed the within Motion to Extend Deadline for Response to Defendant's Motion for Summary Judgment with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically.

Via Electronic Service/ECF:

Ly Nguyen, Esq.
Ly Nguyen@usdoj.gov

/s/Patricia E. Andrews