**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** <br> **Plaintiff** | : <br> : <br> : | |
| **v.** | : <br> : | **C.A. No. 05-381S** |
| **UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,** <br> **Defendants** | : <br> : <br> : <br> : | |

## PLAINTIFF'S STATEMENT OF DISPUTED FACTS[1]

(1) Plaintiff admits.

(2) Plaintiff admits.

(3) Plaintiff admits.

(4) Plaintiff admits.

(5) Plaintiff admits that McCollum and Bucolo – as well as others – harassed and discriminated against her.

(6) Plaintiff admits.

(7) Plaintiff admits.

(8) Plaintiff admits.

(9) Plaintiff admits.

(10) Plaintiff admits.

(11) Plaintiff admits.

(12) Plaintiff admits to the extent she applied for and was selected.

---

[1] Plaintiff incorporates the facts set forth in her memorandum in opposition to her motion for summary judgment.

(13) Denied. Blythe and Furtado did everything to prevent Sellers from obtaining the position of CAO. Sellers Deposition 91-92;

(14) Denied. Blythe and Furtado did everything to prevent Sellers from obtaining the CAO position and did everything to assist Bucolo instead.

(15) Plaintiff admits.

(16) Plaintiff admits.

(17) Plaintiff admits.

(18) Plaintiff admits.

(19) Plaintiff admits.

(20) Plaintiff admits.

(21) Plaintiff admits.

(22) Denied. The leave planner was not a requirement. See Sellers Deposition 26; Blythe Deposition 272-73; Gibson Deposition 230; Furtado Deposition 113, 115-16.

(23) Denied. Sellers Deposition 26.

(24) Sellers incorporates her answer to paragraph 22.

(25) Denied. See Ex. 15 at 30-1.

(26) Plaintiff admits she received the note. However, Plaintiff incorporates her answer to paragraph 22.

(27) Denied. See, e.g., Blythe Deposition 269-70.

(28) Admit.

(29) Admit.

(30) Admit.

(31) Deny knowledge sufficient to admit or deny.

(32) Deny. See Defendants' Exhibit 1b at D-0187.

(33) Admit.

(34) Admit.

(35) Admit.

(36) Denied. Sellers incorporates her answer to paragraph 22.

(37) Admit.

(38) Admit.

(39) Admit.

(40) Admit.

(41) Admit.

(42) Admit.

(43) Denied. See Exhibit 17. Furtado Deposition at 115. See Affidavits of Blythe and Furtado in response to 2004 Charge.

(44) Denied. See Exhibit 17. Furtado Deposition at 115. Blythe and Furtado in response to 2004 Charge.

(45) Denied. See Exhibit 17. Furtado Deposition at 115. Blythe and Furtado in response to 2004 Charge.

(46) Admit.

(47) Admit.

(48) Admit

(49) Admit.

(50) Admit.

(51) Admit.

(52) Admit.

(53) Admit.

(54) Admit.

(55) Denied. Sellers Deposition at 48.

(56) Denied. Sellers did not mind it so long as she was dressed appropriately and did not have an injury. Sellers Deposition at 48, 60-61.

(57) Denied. Gibson Deposition at 73.

(58) Denied. Sellers Deposition at 55.

(59) Denied. Sellers Deposition at 55.

(60) Admit.

(61) Admit that Gibson instructed Sellers to report to chill.

(62) Admit.

(63) Denied. Gibson Deposition at 77-78.

(64) Denied. Sellers Deposition at 50.

(65) Denied. Sellers Deposition at 50.

(66) Denied. Sellers Deposition at 50.

(67) Admit.

(68) Denied. Sellers Deposition at 55.

(69) Denied. Sellers Deposition at 55.

(70) Denied. Sellers Deposition at 55.

(71) Denied. See Cloud Affidavit. Gibson Deposition at 75.

(72) Denied. See Cloud Affidavit.

(73) Admit.

(74) Denied. Gibson Affidavit dated December 1, 2004.

(75) Admit.

(76) Denied. Bucolo Deposition at 163. See Exhibit 1.

(77) Admit.

(78) Admit.

(79) Denied. See Defendants' Exhibit 1b.

(80) Denied. See Defendants' Exhibit 1b.

(81) Admit.

(82) Admit.

(83) Denied. Furtado Deposition at 123-124.

(84) Denied. Furtado Deposition at 123-124.

(85) Denied. Furtado Deposition at 124.

(86) Denied. Furtado Affidavit.

(87) Denied. See Plaintiff's Exhibit 19.

(88) Admit.

(89) Denied. Sellers Deposition at 38. Plaintiff's Exhibit 10.

(90) Denied. Bucolo said there were no afternoon functions for CAO. Bucolo Deposition at 42.

(91) Admit.

(92) Denied. Bucolo Deposition at 42.

(93) Denied. Bucolo Deposition at 40-43.

(94) Denied. Bucolo Deposition at 40-43.

(95) Denied. Bucolo Deposition at 40-43.

(96) Denied. Bucolo Deposition at 40-43.

(97) Denied. See Plaintiff's Exhibit 1.

(98) Denied. See Plaintiff's Exhibit 1.

(99) Admit.

(100) Admit.

(101) Admit.

(102) Denied. Defendants' Exhibit 12.

(103) Denied. Sellers contacted the EEO about retaliation, race discrimination and different treatment by Mary Bucolo among other things.

(104) Admit that the letter reflects that language.

(105) Admit that the letter reflects that language.

(106) Denied. See Plaintiff's Exhibit 2.

(107) Denied. See Plaintiff's Exhibit 2.

(108) Admit that the document reflects that language.

**CERTIFICATE of SERVICE**

I hereby certify that this document has been filed electronically on this 28th day of January, 2008, and is available for viewing and downloading to the ECF registered counsel of record.

Ly Nguyen, Esq.
LyNguyen@usdoj.gov

/s/ Patricia E. Andrews, Esq.