UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSEZOLA SELLERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-381S |
| | ) | |
| UNITED STATES DEPARTMENT OF DEFENSE AND ROBERT M. GATES, SECRETARY OF THE DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' MOTION FOR EXTENSION OF TIME

Now come Defendants, by and through their undersigned attorneys, and respectfully request that Defendants be granted an extension of time up to and including February 29, 2008, to file their Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. Plaintiff's counsel has no objection to this extension. However, Plaintiff requests that the hearing scheduled for February 26, 2008, on Defendants' Motion for Summary Judgment be rescheduled in order that Plaintiff may be afforded adequate time to review the issues raised by Defendants in their Reply.

Counsel for Defendants, with the consent of Plaintiff's counsel, respectfully requests an extension of time up to and including February 29, 2008, to file their Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment and that the hearing be rescheduled

accordingly.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on this 6th day of February, 2008, I caused to be electronically filed the within Defendants' Motion for Extension of Time, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email:* ly.nguyen@usdoj.gov