**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROSEZOLA SELLERS,**
**Plaintiff**

**v.** **C.A. No. 05-381S**

**UNITED STATES DEPARTMENT OF DEFENSE AND SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE, DONALD RUMSFELD,**
**Defendants**

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

Plaintiff objects to Defendants' Motion to Extend to this extent only. Plaintiff is not the party requesting that the hearing date be rescheduled. Defendants are requesting an extension of time up to February 29 to file a Reply, and necessarily need the hearing date moved. In all events, Plaintiff does not have an objection to Defendants' request for additional time to file a Reply and/or postponement of the hearing to accommodate Defendants.[1]

PLAINTIFF,
By her attorneys,

/s/ Patricia E. Andrews
/s/ Louise A. Herman

February 6, 2008

## CERTIFICATE of SERVICE

I hereby certify that this document has been filed electronically on this 6th day of February, 2008, and is available for viewing and downloading to the ECF registered counsel of record.

Ly Nguyen, Esq.
LyNguyen@usdoj.gov

/s/ Patricia E. Andrews, Esq

[1] Plaintiff will, however, need an adequate amount of time between the date the Reply is filed and any hearing date in order to fully prepare.