UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROSEZOLA SELLERS, :

:

Plaintiff, :

vs. :

: C.A. No. 05-381S

UNITED STATES DEPARTMENT :

OF DEFENSE, et al., :

Defendants. :

DEPOSITION OF WILLIAM McCOLLUM

Wednesday, March 7, 2007

10:00 a.m.

Law Office of Patricia E. Andrews

129 Dyer Street

Providence, Rhode Island

---------- Ellen Zappia, RPR ----------
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886

(401) 739.3600

GOVERNMENT EXHIBIT 43

APPEARANCES:

PATRICIA E. ANDREWS, ESQ.
LAW OFFICE OF PATRICIA E. ANDREWS
129 Dyer Street
Providence, Rhode Island 02903
for Plaintiff

MICHAEL IANNOTTI, ESQ.
U.S. DEPARTMENT OF JUSTICE
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
for Defendants

ALSO PRESENT:

Rosezola Sellers

Sandy Mascola

Page 22

A. I just stood up for myself.
Q. Okay. And you raised your voice, correct?
A. I wouldn't say I raised my voice. I just -- I would talk things out.
Q. Now, you say you stood up for yourself with Mr. Blythe. How many times did you stand up to Mr. Blythe?
A. Maybe once or twice.
Q. Tell me about those incidents. Tell me about the first time that you stood up to Mr. Blythe.
A. Okay. We were getting ready for a reset and I worked 19 days in a row and I had leave, and come to find out my leave was cancelled because the reset wasn't over with and I was pretty upset about it for working 19 days straight in a row, and I let him know how I felt about it.
Q. Well, what did you say?
A. I just told him that it wasn't fair and asked him if he cared that I worked 19 days in a row, and didn't he think I deserved for me to have my time off now.
Q. And you're saying you did not -- you did not raise your voice during that.

Page 23

A. No.
Q. Did Mr. Blythe raise his voice?
A. I don't think he did.
Q. You were mad at Mr. Blythe, right?
A. Yeah.
Q. And you were questioning what he was doing.
A. Right.
Q. And did Mr. Blythe agree with you?
A. He kind of did. He told me that he appreciated what I did and just explained to me that after the leave -- the reset was over then I would get my leave.
MS. ANDREWS: Let's mark as Plaintiff's Exhibit 1 a statement by Sean Jackson.
(Plaintiff's Exhibit 1, was marked for identification)
Q. Why don't you take a look at that.
(Pause.)
A. Okay.
Q. Do you know Sean Jackson?
A. Yes, I do.
Q. And who is Sean Jackson?
A. He works in the meat department.
Q. Still does?

Page 111

MR. IANNOTTI: So we can always come back.
MS. ANDREWS: Okay.
(A luncheon recess was taken.)
Q. Back on the record.
Did you say that there were times when you and Rose joked around?
A. Yes.
Q. And when was that?
A. When I first started there and then it went all bad, and then in my training -- training Rose, and then, once the training was done, all the jokes went aside and then -- and it started up again.
Q. So you're saying that you trained Rose for the KO job?
A. Right.
Q. So how long did that training take place?
A. It seemed like it took forever because she was always asking, repeating the questions on how to do something in CAO.
Q. But can you give me a time frame, how long it took?
A. I was always -- she was always asking questions. As long as she had the job she always

CERTIFICATE OF COURT REPORTER

I, Ellen Zappia, Registered Professional Reporter and Commissioner of the State of Rhode Island and Providence Plantations, hereby certify that on March 7, 2007, at the time and place specified above, WILLIAM McCOLLUM, the deponent herein, was duly sworn by me to testify to the truth and was thereafter examined under oath by counsel.

I certify that the questions asked of the deponent and the answers given were taken down by me stenographically and transcribed using computerized translation software; and that the foregoing is a true and accurate transcript thereof; and that a review of the transcript by the deponent was not requested.

I certify also that I am not counsel, attorney, or relative of any party litigant, nor otherwise interested in the event of this suit.

__________________________

Ellen Zappia, RPR

My commission expires: April 8, 2007