UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND COURT

ROSEZOLA SELLERS :
:
VS : C.A. No. 05-3815
: Volume I
UNITED STATES DEPARTMENT :
OF DEFENSE AND SECRETARY :
OF THE UNITED STATES :
DEPARTMENT OF DEFENSE, :
DONALD RUMSFELD :

DEPOSITION of ROSEZOLA SELLERS, a Plaintiff in the above-entitled cause, taken on behalf of the Defendants, before Barbara M. Montijo, RPR, Commissioner in and for the State of Rhode Island, at the offices of U.S. Department of Justice, United States Attorneys' Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island, on August 7, 2007, scheduled at 8:30 a.m.

PRESENT:

FOR THE PLAINTIFF...LAW OFFICE OF PATRICIA E. ANDREWS
BY: PATRICIA E. ANDREWS, ESQUIRE
LOUISE A. HERMAN, ESQUIRE

FOR THE DEFENDANTS..UNITED STATES DEPARTMENT OF JUSTICE
BY: LY T. NGUYEN, ESQUIRE

ALSO PRESENT:

DULCE DONOVAN, ESQUIRE
BRADLEY HANSEN, ESQUIRE (Via telephone)
DAVID ENGLAND, ESQUIRE (Via telephone)

Vivian Dafoulas & Associates
50 Fieldstone Drive
East Greenwich, RI 02818
(401) 885-0992

GOVERNMENT EXHIBIT 49

# I N D E X


| WITNESS | PAGE |
|---|---|
| ROSEZOLA SELLERS | |
| Examination by Ms. Nguyen . . . . . . . | 5 |


## E X H I B I T S


| NO. (Defendants) | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Data for Nonsensitive or Noncritical-Sensitive Position (1P) . . . . . . . . . . | 11 |
| 2 | Memo dated 7-17-2003 (1P) . . . . . . . . | 28 |
| 3 | Handwritten note dated 7-14-2003 (1P) . | 29 |
| 4 | Application for Leave (1P) . . . . . . . . | 29 |
| 5 | Application for Leave (1P) . . . . . . . . | 33 |
| 6 | Memo dated 12-6-2004 (1P) . . . . . . . . | 37 |
| 7 | Memo dated 2-25-2004 (1P) . . . . . . . . | 53 |
| 8 | Dispensary Permit (4PP) . . . . . . . . . | 63 |
| 9 | Discrimination Complaint (5PP) . . . . . . | 82 |
| 10 | Decision (6PP) . . . . . . . . . . . . . . | 89 |
| 11 | Training Plan for CAO (38PP) . . . . . . . | 93 |
| 12 | Civilian Performance Rating (2PP) . . . | 95 |
| 13 | Notification of Personnel Action (1P) . | 97 |
| 14 | Memo dated 2-7-2005 (4PP) . . . . . . . . | 101 |

# E X H I B I T S


| NO. (Defendants) | DESCRIPTION | DATE |
|---|---|---|
| 15 | Letter dated 3-31-2005 (9PP) . . . . . . . . | 123 |
| 16 | Memo dated 4-11-2005 (2PP) . . . . . . . . . | 124 |
| 17 | Letter dated 6-28-2005 (1P) . . . . . . . . | 125 |
| 18 | Affidavit (3PP) . . . . . . . . . . . . . . | 192 |
| 19 | Discrimination Complaint (4PP) . . . . . . | 195 |
| 20 | Statement from Richard Walsh (1P) . . . | 203 |
| 21 | Request for Restoration of Annual Leave (1P) . . . . . . . . . . . . . . . . . . | 206 |
| 22 | Master Labor Agreement (5PP) . . . . . . . . | 210 |
| 23 | Memo dated 7-15-2003 (2PP) . . . . . . . . . | 214 |
| 24 | Notice of Proposed Removal (4PP) . . . . . | 223 |
| 25 | Handwritten note dated 9-2-2005 (1P) . . . | 229 |
| 26 | Memo dated 9-6-2005 (1P) . . . . . . . . . . | 230 |
| 27 | Prognosis & Diagnosis (2PP) . . . . . . . . | 239 |
| 28 | Memo dated 9-26-2005 (1P) . . . . . . . . | 240 |
| 29 | Fax Cover Sheet (1P) . . . . . . . . . . . . | 241 |
| 30 | Fax Cover Sheet (3PP) . . . . . . . . . . . | 243 |
| 31 | Handwritten note dated 10-12-2005 (1P) . | 251 |
| 32 | Memo dated 8-29-2005 (1P) . . . . . . . . . | 258 |
| 33 | Handwritten note dated 8-29-2005 (1P) . | 260 |


*Reporter's Note:

Instructions to the Witness, See Page: 15.

Q. Did they disapprove it for a mission of essential reasons?
A. Because I did not put in a planner.
Q. Do you believe not putting in a planner is a mission of essential reasons?
MS. ANDREWS: Objection.
A. I don't know. It states in our DeCA manual, even in the union manual, as long as nobody has the time. Without a doubt, he said not over the holidays, Thanksgiving and Christmas, which is understandable.
It's because I didn't put in a planner. And other times that I wanted to take leave and no one had the date, his whole thing was you did not give me a planner. No leave.
Q. Did you try to schedule your leave on other days such as, say, December 1st, for example?
A. He said, "No" -- I don't remember. I don't think so. He said, "Never the Christmas holiday, Thanksgiving holiday." So, I don't know the last chit that I put in.
(DEFENDANTS' EXHIBIT 22 MARKED FOR IDENTIFICATION)
Q. Do you recognize this document?
A. (Witness perusing document) Yes, I do.



CERTIFICATE

I, BARBARA M. MONTIJO, a Commissioner, do hereby certify that I am expressly approved as a person qualified and authorized to take depositions pursuant to the Rules of Civil Procedure of the Superior Court, especially, but without restriction thereto, under Rule 30(e) of said Rules; that the witness was first sworn by me; that the transcript contains a true record of proceedings.

Reading and signing of the transcript was not requested by the deponent or any parties involved upon completion of the deposition.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _______ day of _____________, 2007.

_______________________________________
BARBARA M. MONTIJO, RPR/COMMISSIONER
MY COMMISSION EXPIRES 11/29/09.
DATE: August 7, 2007
IN RE: Rosezola Sellers v. United States Department of Defense and Secretary of the United States Department of Defense, Donald Rumsfeld
WITNESS NAME: Rosezola Sellers