*Law Office of*

# Patricia E. Andrews

129 Dyer Street • Providence, Rhode Island 02903
Tel. 401-421-0966 • Fax 401-421-0964
E-mail Addresses: PEAndrews@verizon.net & CIafrate@verizon.net

RECEIVED
US ATTORNEY
DISTRICT OF RI

2008 MAR 10 P 4: 37

*Admitted in RI and D.C.*

*Of Counsel*
Carly B. Iafrate
*Admitted in RI*

March 10, 2008

The Honorable David L. Martin
Magistrate Judge for the United States District
Court for the District of Rhode Island
Two Exchange Terrace
Providence, Rhode Island 02903

Re: Sellers v. United States Department of Defense, et al
C.A. No. 05-381S

Dear Judge Martin:

As you know, plaintiff did not previously provide deposition pages to which she made reference in her Opposition to Defendant's motion for summary judgment. This is because Plaintiff does not believe the applicable rules include such a requirement. However, Defendant's reply makes an issue of this. Given this, Plaintiff is enclosing the relevant transcript pages for the Court's convenience.

Very truly yours,

Patricia E. Andrews

Enclosures
Cc: Ly. T. Nguyen, Esq.

GOVERNMENT EXHIBIT
1