**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-381S** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE AND ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE DEPARTMENT** | ) | |
| **OF DEFENSE,** | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION TO REDACT**

______Defendants, United States of Department of Defense and Robert M. Gates, Secretary of the Department of Defense, through undersigned counsel, hereby move the Court to redact the below listed Exhibits.

1. Defendants' Memorandum in Opposition to Plaintiff's Second Amended Motion to Amend Complaint, filed with this Court on August 31, 2007.

a. Ex. 1.A. - redact Plaintiff's social security number, home address, and home phone number;

b. Ex. 1.D. - redact Plaintiff's home address;

c. Ex. 1.E. - redact Plaintiff's social security number and home address;

d. Ex. 1.F. - redact Plaintiff's home address;

e. Ex. 1.G. - redact Plaintiff's home address;

f. Ex. 1.H. - redact Plaintiff's home address;

g. Ex. 1.K. - redact Plaintiff's home address;

h. Ex. 1.L. - redact Plaintiff's social security number, home address and home phone number;

i. Ex. 1.M. - redact Plaintiff's home address;

j. Ex. 1.N. - redact Plaintiff's home address;

k. Ex. 1.O. - redact Plaintiff's home address;

l. Ex. 4.B. - redact Plaintiff's home address;

m. Ex. 4.C . - redact Plaintiff's home address.

2. Defendants' Response in Opposition to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories and Document Requests, filed with this Court on September 10, 2007.

a. Ex. 6, page 2 - redact Plaintiff's social security number and home address;

b. Ex. 6, page 53 - redact Plaintiff's home address;

c. Ex. 6, page 56 - redact Plaintiff's home address.

3. Defendants' Corrected Memorandum in Support of Their Motion for Summary Judgment,[1] filed with this Court on December 5, 2007.

a. Ex. 6 - redact Plaintiff's social security number, home address and home phone number;

---

[1] Defendants note that some of the exhibits attached to Plaintiff's Memorandum in Support of Her Objection to Defendant's Corrected Memorandum in Support of Their Motion for Summary Judgment contain her social security number, home address and home phone number. Thus, Plaintiff may also want to move to redact these documents in compliance with the Court's Privacy Policy.

b. Ex. 12 - redact Plaintiff's home address.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 7th day of May, 2008, I caused to be electronically filed the within Defendant's Motion to Redact, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov